

## WILENTZ
—ATTORNEYS AT LAW—

**CHRISTOPHER J. KEATING, ESQ.**

T:  732.855.6061
F:  732.726.4861
ckeating@wilentz.com

125 Half Mile Road
Suite 100
Red Bank, NJ 07701
732.636.8000

March 24, 2021

**VIA NJ LAWYERS SERVICE**
Clerk
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

> **RE:** **United States of America v. Alliance HC 11, LLC, et al.**
> Cause of Action: False Claims Act (Qui Tam)
> Relator: R & R Litigation, LLC

Dear Clerk:

Please be advised that the undersigned represents Plaintiff-Relator R & R Litigation, LLC, in the above-captioned matter.

Enclosed for filing please find the original Complaint, which is required by statute to be filed in camera and under seal, along with three copies, a civil cover sheet, and a check for the $400 filing fee. Please return one copy to my office using the enclosed pre-marked envelope.

Please do not hesitate to call me with any questions or concerns.

Sincerely,

*Christ J Keating*

CHRISTOPHER J. KEATING, ESQ.
For the Firm

Enclosures

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY – NEWARK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. R & R LITIGATION, LLC; | CIVIL ACTION NO. |
| Plaintiffs, | |
| v. | FILED IN CAMERA AND UNDER SEAL |
| ALLIANCE HC 11, LLC; ALLIANCE HC HOLDINGS, LLC; ALLIANCE NJ CARE, LLC; BLOOMSBURG CARE AND REHABILITATION CENTER; CINNAMINSON NURSING, LLC; COOPER CARE, LLC; MOUNTAINVIEW CARE AND REHAB, LLC; ALLAIRE HEALTHCARE GROUP, LLC; MORRIS VIEW MANAGEMENT CO, LLC; MORRISTOWN POST ACUTE REHABILITATION AND NURSING CENTER, LLC; ARISTACARE AT CHERRY HILL, LLC; ARISTACARE AT MANCHESTER, LLC; ARISTACARE AT WHITING, LLC; ARISTACARE, LLC; CEDAR OAKS HEALTH CENTER, LLC; ELDERGUIDE, LLC; HEARTHSIDE REHAB CENTER, LLC; HILLSDALE PARK REHAB CENTER, LLC; HUNTINGDON PARK REHAB, LLC; IVY HILL REHAB CENTER, LLC; LINDEN GARDEN ESTATES, LLC; LOYALSOCK REHAB CENTER, LLC; NORWOOD TERRACE HEALTH CENTER, LLC; PARK AVENUE REHAB CENTER, LLC; PLYMOUTH HEALTHCARE ASSOCIATES, LLC; WOODLAND PARK REHAB, LLC; | COMPLAINT AND DEMAND FOR JURY TRIAL |

1000 3000 5000 WINDROW DRIVE
OPERATING COMPANY, LLC;
1120 ALPS ROAD OPERATING COMPANY,
LLC;
120-124 NOYES DRIVE OPERATING
COMPANY, LLC;
2020 ROUTE 23 OPERATING COMPANY,
LLC;
3 HAMILTON HEALTH PLACE OPERATING
COMPANY, LLC;
38 40 FRENEAU AVENUE OPERATING
COMPANY, LLC;
467 COOPER ST. OPERATING COMPANY,
LLC;
SNF OLD SHORT HILLS ROAD OPERATING
COMPANY, LLC;
AIRPORT ROAD HEALTHCARE, LLC;
CARTERSVILLE NURSING, LLC;
CCH HEALTHCARE LIMITED LIABILITY
COMPANY;
CCH HEALTHCARE NC, LLC;
CCH HEALTHCARE OH, LLC;
CL HEALTHCARE, LLC;
FULTON CENTER FOR REHABILITATION,
LLC;
HERITAGE CONSULTING SERVICES, LLC;
NEW SCOTLAND HEALTHCARE, LLC;
RIVERDALE HEALTHCARE, LLC;
BROOKHAVEN CARE CENTER, LLC;
DUMONT OPERATING, LLC;
KFG OPERATING I, LLC;
RUNNELLS OPERATING, LLC;
CMG BALD EAGLE, LLC;
CMG BRICK, LLC;
CMG BRIDGEWATER, LLC;
CMG BROOKFIELD, LLC;
CMG EAST BRUNSWICK, LLC;
CMG FANWOOD, LLC;
CMG FORSGATE, LLC;
CMG MANALAPAN, LLC;
CMG MONTVILLE, LLC;
CMG TINTON FALLS, LLC;
CMG TOMS RIVER, LLC;
CMG WARREN, LLC;

COMPLETE CARE AT ARBORS HAVEN, LLC;
COMPLETE CARE AT ARBORS, LLC;
COMPLETE CARE AT BEY LEA, LLC;
COMPLETE CARE AT HAMILTON, LLC;
COMPLETE CARE AT HOLIDAY, LLC;
COMPLETE CARE AT LAURELTON, LLC;
COMPLETE CARE AT LINWOOD, LLC;
COMPLETE CARE AT MANITOWOC, LLC;
COMPLETE CARE AT NAZARETH, LLC;
COMPLETE CARE AT PASSAIC, LLC;
COMPLETE CARE AT SHORROCK, LLC;
COMPLETE CARE AT VILLA PINES, LLC;
COMPLETE CARE AT WHITING, LLC;
COMPLETE CARE AT WILLOW CREEK, LLC;
COMPLETE CARE AT WOODLANDS, LLC;
COMPLETE CARE MANAGEMENT, LLC;
BRENTWOOD OPERATOR, LLC;
BRIARWOOD OPERATOR, LLC;
CEDAR VIEW OPERATOR, LLC;
CHESTNUT WOODS OPERATOR, LLC;
COLLINGSWOOD OPERATOR, LLC;
CORAL HARBOR OPERATOR, LLC;
CREST POINTE OPERATOR, LLC;
ELMHURST OPERATOR, LLC;
KEARSLEY OPERATOR, LP;
MEADOW PARK OPERATOR, LLC;
MONT MARIE OPERATOR, LLC;
NEW EASTWOOD OPERATOR, LLC;
OAKLAND OPERATOR, LLC;
ORCHARD HILL OPERATOR, LLC;
PROVIDENCE OPERATOR, LLC;
SPRING GROVE OPERATOR, LLC;
WILLOW SPRINGS OPERATOR, LLC;
ASHBROOK CARE & REHABILITATION CENTER, LLC;
CORNELL HALL CARE & REHABILITATION CENTER, LLC;
GREENBROOK MANOR CARE & REHABILITATION CENTER, LLC;
LLANFAIR HOUSE CARE & REHABILITATION CENTER, LLC;
MERWICK CARE & REHABILITATION CENTER, LLC;

3

THE BUCKINGHAM AT NORWOOD CARE
& REHABILITATION CENTER, LLC;
THE CANTERBURY AT CEDAR GROVE
CARE & REHAB CENTER, LLC;
THE VENETIAN CARE AND
REHABILITATION CENTER, LLC;
WINDSOR GARDENS CARE CENTER, INC.;
WINDSOR HEALTHCARE MANAGEMENT,
LLC;
FAMILY OF CARING HEALTHCARE AT
MONTCLAIR, LLC;
FAMILY OF CARING HEALTHCARE AT
RIDGEWOOD, LLC;
ADVANCED SUBACUTE REHABILITATION
CENTER AT SEWELL, LLC;
DELLRIDGE HEALTH REHABILITATION
CENTER, LLC; AND
WOODCLIFF LAKE HEALTH &
REHABILITATION CENTER, LLC;

DEFENDANTS.

## QUI TAM COMPLAINT FOR VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT

### I.   INTRODUCTION

1.     R & R Litigation, LLC, through its legal counsel Wilentz, Goldman & Spitzer, P.A., brings this action on behalf of the United States of America, to recover civil damages and penalties under the federal False Claims Act, 31 U.S.C. § 3729, *et seq.* ("FCA").

2.     This FCA matter relates to fraud in the Paycheck Protection Program ("PPP") established by the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") in March 2021. Pub. L. 116-136.

3.     Congress established the Payment Protection Program to assist certain small businesses struggling to continue their operations and make payroll during the Covid-19 pandemic, and Congress funded the PPP with a limited amount of funds to be shared throughout the entire country.

4.     The Defendants in this case consist of 108 business entities that were *not eligible* to apply for and collect PPP loan funds, yet they collected over one-hundred million dollars in PPP loan funds in violation of the applicable statutes and regulations.

5.     First, rules concerning eligibility based on affiliation made 11 groups of the Defendants ineligible to receive PPP loan funds because their aggregate total number of employees exceeded 500 and their aggregated annual revenues and tangible net worth exceeded the threshold to be considered a small business under the Small Business Act.

6.     Second, the Defendants could not certify in good faith, as required on the dates the loans were applied for in 2020, that they qualified as a small business or that economic uncertainty caused by the Covid-19 pandemic made the PPP loan request "necessary to support the ongoing operations of the Applicant."

7.     Those 11 groups ("Defendant-groups") consist of:

A.     **"Alliance Healthcare Defendants":** (i) Alliance HC 11, LLC; (ii) Alliance HC Holdings, LLC; (iii) Alliance NJ Care, LLC; (iv) Bloomsburg Care and Rehabilitation Center; (v) Cinnaminson Nursing, LLC; (vi) Cooper Care, LLC; and (vii) Mountainview Care and Rehab, LLC;

B.     **"Allaire Health Services Defendants":** (i) Allaire Healthcare Group, LLC; (ii) Morris View Management Co, LLC; and (iii) Morristown Post Acute Rehabilitation and Nursing Center, LLC;

5

C.  **"Aristacare Defendants":** (i) Aristacare, LLC; (ii) Aristacare at Cherry Hill, LLC; (iii) Aristacare at Manchester, LLC; (iv) Aristacare at Whiting, LLC; (v) Cedar Oaks Health Center, LLC; (vi) Elderguide, LLC; (vii) Hearthside Rehab Center, LLC; (viii) Hillsdale Park Rehab Center, LLC; (ix) Huntingdon Park Rehab, LLC; (x) Ivy Hill Rehab Center, LLC; (xi) Linden Garden Estates, LLC; (xii) Loyalsock Rehab Center, LLC; (xiii) Norwood Terrace Health Center, LLC; (xiv) Park Avenue Rehab Center, LLC; (xv) Plymouth Healthcare Associates, LLC, and (xvi) Woodland Park Rehab, LLC;

D.  **"Atrium Defendants":** (i) 1000 3000 5000 Windrow Drive Operating Company, LLC; (ii) 1120 Alps Road Operating Company, LLC; (iii) 120-124 Noyes Drive Operating Company, LLC; (iv) 2020 Route 23 Operating Company, LLC; (v) 3 Hamilton Health Place Operating Company, LLC; (vi) 38 40 Freneau Avenue Operating Company, LLC; (vii) 467 Cooper St. Operating Compny, LLC; and (viii) SNF Old Short Hills Road Operating Company, LLC;

E.  **"CCH Healthcare Defendants":** (i) Airport Road Healthcare, LLC; (ii) Cartersville Nursing, LLC; (iii) CCH Healthcare Limited Liability Company; (iv) CCH Healthcare NC, LLC; (v) CCH Healthcare OH, LLC; (iv) CL Healthcare, LLC; (vii) Fulton Center for Rehabilitation, LLC; (viii) Heritage Consulting Services, LLC; (ix) New Scotland Healthcare, LLC; and (x) Riverdale Healthcare, LLC;

F.  **"Center Management Group Defendants":** (i) Brookhaven Care Center, LLC; (ii) Dumont Operating, LLC; (iii) KFG Operating I, LLC; and (iv) Runnells Operating, LLC;

G.  **"Chelsea Senior Living Defendants":** (i) CMG Bald Eagle, LLC; (ii) CMG Brick, LLC; (iii) CMG Bridgewater, LLC; (iv) CMG Brookfield, LLC; (v) CMG East

6

Brunswick, LLC; (vi) CMG Fanwood, LLC; (vii) CMG Forsgate, LLC; (viii) CMG Manalapan, LLC; (ix) CMG Montville, LLC; (x) CMG Tinton Falls, LLC; (xi) CMG Toms River, LLC; and (xii) CMG Warren, LLC;

   H. **"Complete Care Management Defendants":** (i) Complete Care Management, LLC (ii) Complete Care at Arbors Haven, LLC; (iii) Complete Care at Arbors, LLC; (iv) Complete Care at Bey Lea, LLC; (v) Complete Care at Hamilton, LLC; (vi) Complete Care at Holiday, LLC; (vii) Complete Care at Laurelton, LLC; (viii) Complete Care at Linwood, LLC; (ix) Complete Care at Manitowoc, LLC (x) Complete Care at Nazareth, LLC; (xi) Complete Care at Passaic, LLC; (xii) Complete Care at Shorrock, LLC; (xiii) Complete Care at Villa Pines, LLC; (xiv) Complete Care at Whiting, LLC; (xv) Complete Care at Willow Creek, LLC; and (xvi) Complete Care at Woodlands, LLC;

   I. **"Marquis Health Services Defendants":** (i) Brentwood Operator, LLC; (ii) Briarwood Operator, LLC; (iii) Cedar View Operator, LLC; (iv) Chestnut Woods Operator, LLC; (v) Collingswood Operator, LLC; (vi) Coral Harbor Operator, LLC; (vii) Crest Pointe Operator, LLC; (viii) Elmhurst Operator, LLC; (ix) Kearsley Operator, LP; (x) Meadow Park Operator, LLC; (xi) Mont Marie Operator, LLC; (xii) New Eastwood Operator, LLC; (xiii) Oakland Operator, LLC; (xiv) Orchard Hill Operator, LLC; (xv) Providence Operator, LLC; (xvi) Spring Grove Operator, LLC; and (xvii) Willow Springs Operator, LLC;

   J. **"Windsor Healthcare Management Defendants":** (i) Ashbrook Care & Rehabilitation Center, LLC; (ii) Cornell Hall Care & Rehabilitation Center, LLC; (iii) Greenbrook Manor Care & Rehabilitation Center, LLC; (iv) Llanfair House Care & Rehabilitation Center, LLC; (v) Merwick Care & Rehabilitation Center, LLC; (vi) The Buckingham at Norwood Care & Rehabilitation Center, LLC; (vii) The Canterbury at Cedar

Grove Care & Rehab Center, LLC; (viii) The Venetian Care and Rehabilitation Center, LLC; (ix) Windsor Gardens Care Center, Inc.; and (x) Windsor Healthcare Management, LLC; and

K.     **"Family of Caring Defendants":** (i) Family of Caring Healthcare at Montclair, LLC; (ii) Family of Caring Healthcare at Ridgewood, LLC; (iii) Advanced Subacute Rehabilitation Center at Sewell, LLC; (iv) Dellridge Health Rehabilitation Center, LLC; and (v) Woodcliff Lake Health & Rehabilitations Center, LLC.

8.     Despite their ineligibility, the Defendants violated the FCA by knowingly submitting or causing the submission of false claims to an officer, employee, or agent of the United States and/or a contractor, grantee, or other recipient of government funds to be spent or used to advance a government program or interest, by knowingly making false records or statements to get false claims paid by the United States and by retaining funds owed to the United States, via their applications for, and receipt of, funding under the Paycheck Protection Program.

9.     As a result of those false claims, the 108 Defendants received $115,712,498 in PPP loans which they were not eligible to receive.

## II.     JURISDICTION AND VENUE

9.     This action arises under the laws of the United States of America to redress violations of the federal FCA.

10.     Subject-matter jurisdiction is conferred by 31 U.S.C. § 3732(a), 28 U.S.C. § 1331, and 28 U.S.C. § 1345.

11.     The Court has personal jurisdiction over the Allaire Health Services Defendants, the Alliance Healthcare Defendants, the Aristacare Defendants, the Atrium Defendants, the CCH Healthcare Defendants, the Center Management Group Defendants, the Chelsea Senior Living Defendants, the Complete Care Management Defendants, the Marquis Health Services

8

Defendants, the Windsor Healthcare Management Defendants, and the Family of Caring Defendants, because those Defendants regularly do business in this District and/or are headquartered in this District and/or are controlled by an actor in this District.

12.     Venue is appropriate in this District under 28 U.S.C. § 1391(b), (c), and 31 U.S.C. § 3732(a) because some of the fraudulent acts at issue in this lawsuit occurred in this District and at least one Defendant from each Defendant-group does business in this District.

13.     The facts and circumstances of the Defendants' violations of the federal False Claims Act have not been publicly disclosed in a criminal, civil, or administrative hearing; nor in any congressional, administrative, or general accounting office or auditor general's report, hearing, audit, or investigation, or in the news or media. *See* 31 U.S.C. § 3730(e)(4)(A).

14.     Relator is the original source of the information upon which this Complaint is based, as that phrase is used in the federal FCA, and it has voluntarily disclosed to the Government the information on which the allegations are based prior to filing its Complaint. *See* 31 U.S.C. § 3730(e)(4)(B).

## III.    THE PARTIES

### A.    Relator/Plaintiff

15.     R & R Litigation, LLC ("Relator"), is a Delaware limited liability company. Its members work in management-level positions in the long-term care pharmacy industry, including the nursing home and assisted living segments, and have experience as lenders, pharmacy providers, and operators of nursing home and assisted living facilities in several states.

16.     Relator's members possess intimate, first-hand knowledge of the inner-workings of the industry, including: (a) the identities of other providers in its industry (including Defendants), (b) the manner and means by which those other companies operate, (c) the

9

ownership, management, and affiliation structures of companies in the industry, and (d) the number of employees of other companies, the companies' financial performances, and the companies' access to the capital markets.

17.     Information possessed by the Relator can conclusively establish that the Defendants were not eligible to receive PPP loan funds and were not eligible for forgiveness of those loans under the CARES Act and Small Business Administration ("SBA") regulations.

**B.     The Defendants**

**A.     ALLIANCE HEALTHCARE DEFENDANTS**

18.     The Alliance Healthcare Defendants operate skilled nursing facilities in New Jersey and Pennsylvania under the banner of "Alliance Healthcare."

19.     The Alliance Healthcare Defendants' website lists the following facilities: (a) Andover Subacute & Rehabilitation 1, (b) Andover Subacute & Rehabilitation 2, (c) Bloomsburg Care & Rehabilitation Center, and (d) Mountain View Care & Rehabilitation Center. *See* Alliance Healthcare Defendants' website, https://www.alliancehc.net/locations (last accessed March 4, 2021).

20.     The Alliance Healthcare Defendants all share common ownership and/or management under Chaim Scheinbaum.

21.     In fact, the Alliance Healthcare Defendants' website lists "Mutty Scheinbaum," an alias of Chaim Scheinbaum, as the Alliance Healthcare Defendants' Chief Executive Officer.

22.     In 2020, the Alliance Healthcare Defendants certified to employing an aggregate of 1,175 employees at the times they applied for PPP loan funding in April 2020.

23.     In total, the Alliance Healthcare Defendants received $9,329,234 in PPP loan funding in 2020.

### i. Alliance HC 11, LLC

24.    Defendant Alliance HC 11, LLC is a New Jersey limited liability company with a principal place of business located at 1382 Lanes Mill Road, Suite 101, Lakewood, New Jersey.

25.    Defendant Alliance HC 11, LLC's sole member and/or owner is Chaim Scheinbaum.

26.    Defendant Alliance HC 11, LLC received $3,200,000 in PPP loan funds, and listed its number of employees as 410 on its application.

### ii. Alliance HC Holdings, LLC

27.    Defendant Alliance HC Holdings, LLC is a New Jersey limited liability company with a principal place of business located at 1382 Lanes Mill Road, Suite 101, Lakewood, New Jersey.

28.    Defendant Alliance HC Holdings, LLC's sole member and/or owner is Chaim Scheinbaum.

29.    Defendant Alliance HC Holdings, LLC received $1,069,611 in PPP loan funds, and listed its number of employees as 170 on its application.

### iii. Alliance NJ Care, LLC

30.    Defendant Alliance NJ Care, LLC is a New Jersey limited liability company with a principal place of business located at 1382 Lanes Mill Road, Suite 101, Lakewood, New Jersey.

31.    Defendant Alliance NJ Care, LLC's sole member and/or owner is Chaim Scheinbaum.

32.    Defendant Alliance NJ Care, LLC received $219,791 in PPP loan funds, and listed its number of employees as 12 on its application.

11

#### iv. Bloomsburg Care and Rehabilitation Center

33.     Defendant Bloomsburg Care and Rehabilitation Center is a Pennsylvania limited liability company with a principal place of business located at 211 East 1st Street, Bloomsburg, Pennsylvania, the location at which it operates a skilled nursing facility.

34.     Defendant Bloomsburg Care and Rehabilitation Center is listed as one of Alliance Healthcare's centers on its website.

35.     Defendant Bloomsburg Care and Rehabilitation Center received $1,016,591 in PPP loan funds, and listed its number of employees as 170 on its application.

#### v. Cinnaminson Nursing, LLC

36.     Defendant Cinnaminson Nursing, LLC is a New Jersey limited liability company with a principal place of business located at 475 Oberlin Avenue South, Suite 203, Lakewood, New Jersey, and its main business address located at 1382 Lane Mills Road, Lakewood, New Jersey.

37.     Defendant Cinnaminson Nursing, LLC operates Wynwood Rehabilitation & Healthcare Center, located in Cinnaminson, New Jersey.

38.     Defendant Cinnaminson Nursing, LLC's members and/or owners include Chaim Scheinbaum.

39.     Defendant Cinnaminson Nursing, LLC received $865,330 in PPP loan funds, and listed its number of employees as 99 on its application.

#### vi. Cooper Care, LLC

40.     Defendant Cooper Care, LLC is a New Jersey limited liability company with a principal place of business located at 1382 Lanes Mill Road, Lakewood, New Jersey.

41.     Defendant Cooper Care, LLC operates Riverfront Rehabilitation & Healthcare

Center at Cooper River, located at 5101 North Park Drive, Pennsauken Township, New Jersey.

42.     Defendant Cooper Care, LLC is controlled in part by Chaim Scheinbaum of Lakewood, New Jersey, although he is not listed as a member and/or owner of the entity.

43.     Defendant Cooper Care, LLC received $1,350,832 in PPP loan funds, and listed its number of employees as 134 on its application.

### vii.     Mountainview Care and Rehab, LLC

44.     Defendant Mountainview Care and Rehab, LLC is a Pennsylvania limited liability company with a principal place of business located at 2309 Stafford Avenue, Scranton, Pennsylvania, and which also uses the address: 1382 Lanes Mill Road, Lakewood, New Jersey.

45.     Defendant Mountainview Care and Rehab, LLC is listed as one of Alliance Healthcare's centers on its website.

46.     Defendant Mountainview Care and Rehab, LLC received $1,607,079 in PPP loan funds, and listed its number of employees as 180 on its application.

### B.     ALLAIRE HEALTH SERVICES DEFENDANTS

47.     The Allaire Health Services Defendants operate skilled nursing facilities in New Jersey under the banner of "Allaire Health Services" and each Defendant holds itself out to be a "Proud Member of Allaire Health Services" on its respective websites.

48.     The Allaire Health Services Defendants all share common management and one Chief Executive Officer: Benjamin Kurland.

49.     In 2020, the Allaire Health Services Defendants certified to employing an aggregate of 635 employees at the times they applied for PPP loan funding in April 2020.

50.     In total, the Allaire Health Services Defendants received $4,871,545 in PPP loan funding in 2020.

13

### i.    Allaire Healthcare Group, LLC

51.    Defendant Allaire Healthcare Group, LLC (d/b/a Allaire Rehab and Nursing) is a New Jersey limited liability company with a principal place of business located at 115 Dutch Lane Road, Freehold, New Jersey

52.    Defendant Allaire Healthcare Group, LLC operates a nursing home located at 115 Dutch Lane Road, Freehold, New Jersey.

53.    Defendant Allaire Healthcare Group, LLC's Chief Executive Officer is Benjamin Kurland.

54.    Defendant Allaire Healthcare Group, LLC received $1,206,300 in PPP loan funds, and listed its number of employees as 150 on its application.

### ii.    Morris View Management Co, LLC

55.    Defendant Morris View Management Co, LLC (d/b/a Morris View Healthcare Center) is a New Jersey limited liability company with a principal place of business located at 102 Reagan Court, Lakewood, New Jersey.

56.    Defendant Morris View Management Co, LLC operates a nursing home at 540 West Hanover Avenue, Morristown, New Jersey.

57.    Defendant Morris View Management Co, LLC's Chief Executive Officer is Benjamin Kurland.

58.    Defendant Morris View Management Co, LLC received $2,075,000 in PPP loan funds, and listed its number of employees as 285 on its application.

### iii.    Morristown Post Acute Rehabilitation and Nursing Center, LLC

59.    Defendant Morristown Post Acute Rehabilitation and Nursing Center, LLC is a New Jersey limited liability company with a principal place of business located at 1105 County

14

Line Road, Lakewood, New Jersey.

60.    Defendant Morristown Post Acute Rehabilitation and Nursing Center, LLC operates a rehabilitation and nursing center located at 77 Madison Avenue, Morristown, New Jersey.

61.    Defendant Morristown Post Acute Rehabilitation and Nursing Center, LLC's Chief Executive Officer is Benjamin Kurland.

62.    Defendant Morristown Post Acute Rehabilitation and Nursing Center, LLC received $1,590,245 in PPP loan funds, and listed its number of employees as 200 on its application.

**B.    ARISTACARE DEFENDANTS**

63.    The Aristacare Defendants operate skilled nursing facilities in New Jersey and Pennsylvania under the banner of "Aristacare Health Services," with their headquarters located at 245 Birchwood Avenue, Cranford, New Jersey on its website. *See* Aristacare Health Services' website, https://www.aristacare.com/facilities (last accessed March 4, 2021).

64.    The Aristacare Defendants share common ownership.

65.    The Aristacare Defendants share common management under the same Chief Executive Officer: Sidney Greenberger.

66.    The Aristacare Defendants all received PPP loan funds by submitting loan applications through Valley National Bank, which were approved on or about April 28, 2020.

67.    In 2020, the Aristacare Defendants certified to employing an aggregate of 2,294 employees at the times they applied for PPP loan funding in April 2020.

68.    In total, the Alliance Healthcare Defendants received $18,352,747 in PPP loan funding in 2020.

15

### i.      Aristacare, LLC

69.     Defendant Aristacare, LLC (d/b/a Aristacare Health Services) is a New Jersey limited liability company with a principal place of business located at 245 Birchwood Avenue, Cranford, New Jersey.

70.     Defendant Allaire Healthcare Group, LLC's Chief Executive Officer is Sidney Greenberger, and its President is Zvi Klein.

71.     Defendant Allaire Healthcare Group, LLC received $884,522 in PPP loan funds, and listed its number of employees as 57 on its application.

### ii.      Aristacare at Cherry Hill, LLC

72.     Defendant Aristacare at Cherry Hill, LLC is a New Jersey limited liability company with a main business address located at 245 Birchwood Avenue, Cranford, New Jersey.

73.     Defendant Aristacare at Cherry Hill, LLC operates a skilled nursing facility located in Cherry Hill, New Jersey.

74.     Defendant Aristacare at Cherry Hill, LLC's Chief Executive Officer is Sidney Greenberger.

75.     Defendant Allaire Healthcare Group, LLC received $772,602 in PPP loan funds, and listed its number of employees as 191 on its application.

### iii.      Aristacare at Manchester, LLC

76.     Defendant Aristacare at Manchester, LLC is a New Jersey limited liability company with a main business address located at 245 Birchwood Avenue, Cranford, New Jersey.

77.     Defendant Aristacare at Manchester, LLC operates a skilled nursing facility located in Manchester Township, New Jersey.

78.     Defendant Aristacare at Manchester, LLC's Chief Executive Officer is Sidney

Greenberger.

79.    Defendant Aristacare at Manchester, LLC received $1,414,275 in PPP loan funds, and listed its number of employees as 172 on its application.

### iv.    Aristacare at Whiting, LLC

80.    Defendant Aristacare at Whiting, LLC is a New Jersey limited liability company with a main business address located at 23 Schoolhouse Road, Whiting, New Jersey.

81.    Defendant Aristacare at Whiting, LLC operates a skilled nursing facility located in Whiting, New Jersey.

82.    Defendant Aristacare at Whiting, LLC's Chief Executive Officer is Sidney Greenberger.

83.    Defendant Aristacare at Whiting, LLC received $1,430,296 in PPP loan funds, and listed its number of employees as 183 on its application.

### v.    Cedar Oaks Healthcare Center, LLC

84.    Defendant Cedar Oaks Healthcare Center, LLC (d/b/a Aristacare at Cedar Oaks) is a New Jersey limited liability company with a main business address located at 245 Birchwood Avenue, Cranford, New Jersey.

85.    Defendant Cedar Oaks Healthcare Center, LLC operates a skilled nursing facility located in South Plainfield, New Jersey.

86.    Defendant Cedar Oaks Healthcare Center, LLC's Chief Executive Officer is Sidney Greenberger.

87.    Defendant Cedar Oaks Healthcare Center, LLC received $2,114,570 in PPP loan funds, and listed its number of employees as 235 on its application.

17

### vi.    Elderguide, LLC

88.    Defendant Elderguide, LLC is a New Jersey limited liability company with a main business address located at 245 Birchwood Avenue, Cranford, New Jersey.

89.    Defendant Elderguide, LLC's Chief Executive Officer is Sidney Greenberger.

90.    Defendant Cedar Oaks Healthcare Center, LLC received $137,670 in PPP loan funds, and listed its number of employees as ten on its application.

### vii.    Hearthside Rehab Center, LLC

91.    Defendant Hearthside Rehab Center, LLC is a Pennsylvania limited liability company with a mailing address of 245 Birchwood Avenue, Cranford, New Jersey.

92.    Defendant Hearthside Rehab Center, LLC operates a skilled nursing facility located in State College, Pennsylvania.

93.    Defendant Hearthside Rehab Center, LLC's sole reported organizer is Heshy Klein.

94.    Defendant Hearthside Rehab Center, LLC received $1,041,805 in PPP loan funds, and listed its number of employees as 107 on its application.

### viii.    Hillsdale Park Rehab Center, LLC

95.    Defendant Hillsdale Park Rehab Center, LLC is a Pennsylvania limited liability company with a mailing address of 245 Birchwood Avenue, Cranford, New Jersey.

96.    Defendant Hillsdale Park Rehab Center, LLC operates a skilled nursing facility located in Hillsdale, Pennsylvania.

97.    Defendant Hillsdale Park Rehab Center, LLC's sole reported organizer is Heshy Klein.

98.    Defendant Hillsdale Park Rehab Center, LLC received $583,662 in PPP loan

18

funds, and listed its number of employees as 81 on its application.

### ix.    Huntington Park Rehab Center, LLC

99.    Defendant Huntington Park Rehab Center, LLC is a Pennsylvania limited liability company with a mailing address of 245 Birchwood Avenue, Cranford, New Jersey.

100.    Defendant Huntington Park Rehab Center, LLC operates a skilled nursing facility located in Huntington, Pennsylvania.

101.    Defendant Huntington Park Rehab Center, LLC's Chief Operating Officer is Terri Sherman.

102.    Defendant Huntington Park Rehab Center, LLC received $664,792 in PPP loan funds, and listed its number of employees as 97 on its application.

### x.    Ivy Hill Rehab Center, LLC

103.    Defendant Ivy Hill Rehab Center, LLC is a Pennsylvania limited liability company with a mailing address of 245 Birchwood Avenue, Cranford, New Jersey.

104.    Defendant Ivy Hill Rehab Center, LLC operates a skilled nursing facility located in Wyndmoor, Pennsylvania.

105.    Defendant Ivy Hill Rehab Center, LLC's Chief Operating Officer is Terri Sherman.

106.    Defendant Ivy Hill Park Rehab Center, LLC received $1,151,395 in PPP loan funds, and listed its number of employees as 127 on its application.

### xi.    Linden Garden Estates, LLC

107.    Defendant Linden Garden Estates, LLC (d/b/a Aristacare of Delaire) is a New Jersey limited liability company with a main business address at 245 Birchwood Avenue, Cranford, New Jersey.

19

108.    Defendant Linden Garden Estates, LLC operates a skilled nursing facility located in Linden, New Jersey.

109.    Defendant Linden Garden Estates, LLC's sole Managing Member is Sidney Greenberger.

110.    Defendant Linden Garden Estates, LLC received $1,865,842 in PPP loan funds, and listed its number of employees as 275 on its application.

### xii.    Loyalsock Rehab Center, LLC

111.    Defendant Loyalsock Rehab Center, LLC is a Pennsylvania limited liability company with a mailing address of 245 Birchwood Avenue, Cranford, New Jersey.

112.    Defendant Loyalsock Rehab Center, LLC operates a skilled nursing facility located in Montoursville, Pennsylvania.

113.    Defendant Loyalsock Rehab Center, LLC's sole reported organizer is Heshy Klein.

114.    Defendant Loyalsock Rehab Center, LLC received $881,980 in PPP loan funds, and listed its number of employees as 124 on its application.

### xiii.    Norwood Terrace Health Center, LLC

115.    Defendant Norwood Terrace Health Center, LLC is a New Jersey limited liability company with a primary business address of 40 Norwood Avenue, Plainfield, New Jersey, and a mailing address of 51 Cragwood Road, Suite #101, South Plainfield, New Jersey.

116.    Defendant Norwood Terrace Health Center, LLC operates a skilled nursing facility located in Plainfield, New Jersey.

117.    Defendant Norwood Terrace Health Center, LLC's Comptroller is Heshy Klein.

118.    Defendant Norwood Terrace Health Center, LLC received $993,102 in PPP loan

funds, and listed its number of employees as 130 on its application.

### xiv.     Park Avenue Rehab Center, LLC

119.    Defendant Park Avenue Rehab Center, LLC is a Pennsylvania limited liability company with a mailing address of 245 Birchwood Avenue, Cranford, New Jersey.

120.    Defendant Park Avenue Rehab Center, LLC operates a skilled nursing facility located in Meadville, Pennsylvania.

121.    Defendant Park Avenue Rehab Center, LLC's sole reported organizer is Heshy Klein.

122.    Defendant Park Avenue Rehab Center, LLC received $1,012,972 in PPP loan funds, and listed its number of employees as 115 on its application.

### xv.     Plymouth Healthcare Associates, LLC

123.    Defendant Plymouth Healthcare Associates, LLC (d/b/a Meadow Springs Healthcare and Rehabilitation Center) is a Pennsylvania limited liability company with a primary business address of 845 Germantown Pike, Plymouth Meeting, Pennsylvania, and a mailing address of 51 Cragwood Road, Suite #101, South Plainfield, New Jersey.

124.    Defendant Plymouth Healthcare Associates, LLC operates a skilled nursing facility located in Plymouth Meeting, Pennsylvania.

125.    Defendant Plymouth Healthcare Associates, LLC's Managing Partner is Heshy Klein.

126.    Defendant Plymouth Healthcare Associates, LLC received $2,477,412 in PPP loan funds, and listed its number of employees as 249 on its application.

### xvi.    Woodland Park Rehab Center, LLC

127.    Defendant Woodland Park Rehab Center, LLC is a Pennsylvania limited liability company with a mailing address of 245 Birchwood Avenue, Cranford, New Jersey.

128.    Defendant Woodland Park Rehab Center, LLC operates a skilled nursing facility located in Orbisonia, Pennsylvania.

129.    Defendant Woodland Park Rehab Center, LLC's Managing Partner is Heshy Klein.

130.    Defendant Woodland Park Rehab Center, LLC received $925,850 in PPP loan funds, and listed its number of employees as 141 on its application.

### D.    ATRIUM DEFENDANTS

131.    The Atrium Defendants operate skilled nursing facilities in New Jersey under the banner of "Atrium Health and Senior Living".

132.    The Atrium Defendants all share common ownership and management under Vincent Tufariello.

133.    The Atrium Defendants also share one common business address: 348 East Cedar Street, Livingston, New Jersey.

134.    The Atrium Defendants all received PPP loan funds by submitting loan applications through Valley National Bank, which were approved on or about April 28 and 30, 2020.

135.    In 2020, the Atrium Defendants certified to employing an aggregate of 1,498 employees at the times they applied for PPP loan funding in April 2020.

136.    In total, the Atrium Defendants received $14,015,186 in PPP loan funding in 2020.

22

### i.      3 Hamilton Health Place Operating Company, LLC

137.    Defendant 3 Hamilton Health Place Operating Company, LLC (d/b/a Atrium Post Acute Care of Hamilton) is a New Jersey limited liability company with a principal place of business located at 3 Hamilton Health Place, Hamilton Township, New Jersey.

138.    Defendant 3 Hamilton Health Place Operating Company, LLC operates a skilled nursing facility located in Hamilton Township, New Jersey.

139.    Defendant 3 Hamilton Health Place Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

140.    Defendant 3 Hamilton Health Place Operating Company, LLC received $975,100 in PPP loan funds, and listed its number of employees as 112 on its application.

### ii.      38-40 Freneau Avenue Operating Company, LLC

141.    Defendant 38-40 Freneau Avenue Operating Company, LLC (d/b/a Atrium Post Acute Care of Matawan) is a New Jersey limited liability company with a principal place of business located at 38 Freneau Avenue, Matawan, New Jersey.

142.    Defendant 38-40 Freneau Avenue Operating Company, LLC operates a skilled nursing facility located in Matawan, New Jersey.

143.    Defendant 38-40 Freneau Avenue Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

144.    Defendant 38-40 Freneau Avenue Operating Company, LLC received $2,034,772 in PPP loan funds, and listed its number of employees as 212 on its application.

### iii.    120-124 Noyes Drive Operating Company, LLC

145.    Defendant 120-124 Noyes Drive Operating Company, LLC (d/b/a Atrium Senior Living of Park Ridge) is a New Jersey limited liability company with a principal place of business located at 120-124 Noyes Drive, Park Ridge, New Jersey.

146.    Defendant 120-124 Noyes Drive Operating Company, LLC operates a skilled nursing facility located in Park Ridge, New Jersey.

147.    Defendant 120-124 Noyes Drive Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

148.    Defendant 120-124 Noyes Drive Operating Company, LLC received $2,387,675 in PPP loan funds, and listed its number of employees as 266 on its application.

### iv.    467 Cooper St. Operating Company, LLC

149.    Defendant 467 Cooper St. Operating Company, LLC (d/b/a Atrium Post Acute Care of Woodbury) is a New Jersey limited liability company with a principal place of business located at 467 Cooper Street, Woodbury, New Jersey.

150.    Defendant 467 Cooper St. Operating Company, LLC operates a skilled nursing facility located in Park Ridge, New Jersey.

151.    Defendant 467 Cooper St. Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

152.    Defendant 467 Cooper St. Operating Company, LLC received $2,036,805 in PPP loan funds, and listed its number of employees as 215 on its application.

### v.  1000 3000 5000 Windrows Drive Operating Company, LLC

153.    Defendant 1000 3000 5000 Windrows Drive Operating Company, LLC (d/b/a Atrium Post Acute Care of Princeton) is a New Jersey limited liability company with a principal place of business located at 5000 Windrow Drive, Princeton, New Jersey.

154.    Defendant 1000 3000 5000 Windrows Drive Operating Company, LLC operates a skilled nursing facility located in Princeton, New Jersey.

155.    Defendant 1000 3000 5000 Windrows Drive Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

156.    Defendant 1000 3000 5000 Windrows Drive Operating Company, LLC received $1,702,592 in PPP loan funds, and listed its number of employees as 182 on its application.

### vi.  1120 Alps Road Operating Company, LLC

157.    Defendant 1120 Alps Road Operating Company, LLC (d/b/a Atrium Post Acute Care of Wayne) is a New Jersey limited liability company with a principal place of business located at 1120 Alps Road, Wayne, New Jersey.

158.    Defendant 1120 Alps Road Operating Company, LLC operates a skilled nursing facility located in Wayne, New Jersey.

159.    Defendant 1120 Alps Road Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

160.    Defendant 1120 Alps Road Operating Company, LLC received $1,940,140 in PPP loan funds, and listed its number of employees as 209 on its application.

### vii.    2020 Route 23 Operating Company, LLC

161.    Defendant 2020 Route 23 Operating Company, LLC (d/b/a Atrium Post Acute Care of Wayneview) is a New Jersey limited liability company with a principal place of business located at 2020 Route 23, Wayne, New Jersey.

162.    Defendant 2020 Route 23 Operating Company, LLC operates a skilled nursing facility located in Wayne, New Jersey.

163.    Defendant 2020 Route 23 Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

164.    Defendant 2020 Route 23 Operating Company, LLC received $1,396,412 in PPP loan funds, and listed its number of employees as 150 on its application.

### viii.    SNF Old Short Hills Road Operating Company, LLC

165.    Defendant SNF Old Short Hills Road Operating Company, LLC (d/b/a Atrium Post Acute Care of Livingston) is a New Jersey limited liability company with a principal place of business located at 348 East Cedar Street, Livingston, New Jersey.

166.    Defendant SNF Old Short Hills Road Operating Company, LLC operates a skilled nursing facility located in Livingston, New Jersey.

167.    Defendant SNF Old Short Hills Road Operating Company, LLC's sole member and/or owner is Vincent Tufariello.

168.    Defendant SNF Old Short Hills Road Operating Company, LLC received $1,541,690 in PPP loan funds, and listed its number of employees as 152 on its application.

### E.    CCH HEALTHCARE DEFENDANTS

169.    The CCH Healthcare Defendants operate under the banner of "CCH Healthcare," and advertise their primary address as 14 America Avenue, Suite 304, Lakewood, New Jersey,

26

on their shared website. *See* CCH Healthcare's website, https://cchhealthcare.com/our-locations/ (last accessed March 7, 2021).

170.    The CCH Healthcare Defendants operate skilled nursing facilities, rehabilitation centers, and management companies in New Jersey, North Carolina, Ohio, and Rhode Island.

171.    The CCH Healthcare Defendants share common ownership and/or management under Jacob Stern and/or Shlomo Heller.

172.    The CCH Healthcare Defendants are tied to two addresses: 15 America Avenue, Suite 304, Lakewood, New Jersey, and 100 Route 70, Suite 3, Lakewood, New Jersey.

173.    The CCH Healthcare Defendants all received PPP loan funds by submitting loan applications through Congressional Bank and Celtic Bank Corporation in April and May 2020.

174.    In 2020, the CCH Healthcare Defendants certified to employing an aggregate of 580 employees at the times they applied for PPP loan funding in April and May 2020.

175.    In total, the CCH Healthcare Defendants received $4,280,560 in PPP loan funding in 2020.

### i.    Airport Road Healthcare, LLC

176.    Defendant Airport Road Healthcare, LLC is a Georgia limited liability company with a principal place of business located at 415 Airport Road, Griffin, Georgia.

177.    Defendant Airport Road Healthcare, LLC operates a skilled nursing facility located in Griffin, Georgia.

178.    Defendant Airport Road Healthcare, LLC's organizer in its Articles of Organization is Eric Simon, and the authorized official on the NPI Registry is Shlomo Heller.

179.    The Articles of Organization, filed in May 2019, list the principal office address for this entity as 15 America Avenue, Suite 304, Lakewood, New Jersey.

27

180.    Defendant Airport Road Healthcare, LLC received $695,535 in PPP loan funds, and listed its number of employees as 91 on its application.

## ii.    Cartersville Nursing, LLC

181.    Defendant Cartersville Nursing, LLC (d/b/a Cartersville Center for Nursing and Healing) is a Georgia limited liability company with a principal place of business located at 78 Opal Street, Cartersville, Georgia.

182.    Defendant Cartersville Nursing, LLC operates a skilled nursing facility located in Cartersville, Georgia.

183.    Defendant Cartersville Nursing, LLC's manager is Shlomo Heller.

184.    Defendant Cartersville Nursing, LLC received $636,657 in PPP loan funds, and listed its number of employees as 78 on its application.

## iii.    CCH Healthcare Limited Liability Company

185.    Defendant CCH Healthcare Limited Liability Company is a New Jersey limited liability company with a main business address located at 15 America Avenue, Suite 304, Lakewood, New Jersey.

186.    Defendant CCH Healthcare Limited Liability Company's managing member is Jacob Stern.

187.    Defendant CCH Healthcare Limited Liability Company, LLC received $308,180 in PPP loan funds, and listed its number of employees as 33 on its application.

## iv.    CCH Healthcare NC, LLC

188.    Defendant CCH Healthcare NC, LLC is a North Carolina limited liability company with a principal business address located at 15 America Avenue, Suite 304, Lakewood, New Jersey.

189.    Defendant CCH Healthcare NC, LLC's Chief Executive Officer is Jacob Stern.

190.    Defendant CCH Healthcare NC, LLC received $52,795 in PPP loan funds, and listed its number of employees as three on its application.

### v.    CCH Healthcare OH, LLC

191.    Defendant CCH Healthcare OH, LLC is an Ohio limited liability company with an agent of service listed as Eric Simon, 200 Public Square, Suite 3500, Cleveland, Ohio.

192.    Defendant CCH Healthcare Limited Liability Company, LLC received $169,528 in PPP loan funds, and listed its number of employees as 11 on its application.

### vi.    CL Healthcare, LLC

193.    Defendant CL Healthcare, LLC (d/b/a Cedars of Lebanon Care Center) is a Delaware limited liability company with a principal place of business located at 102 East Silver Street, Lebanon, Ohio, and with a mailing address of 100 Route 70, Suite 3, Lakewood, New Jersey.

194.    Defendant CL Healthcare, LLC operates a skilled nursing facility located in Lebanon, Ohio, which is included on the CCH Healthcare Defendants' website. *See* CCH Healthcare Defendants' website, https://cchhealthcare.com/our-locations/ (last accessed March 5, 2021).

195.    Defendant CL Healthcare, LLC's manager is Jacob Stern.

196.    Defendant CL Healthcare, LLC received $223,701 in PPP loan funds, and listed its number of employees as 53 on its application.

29

### vii. Fulton Center for Rehabilitation, LLC

197.    Defendant Fulton Center for Rehabilitation, LLC is a Georgia limited liability company with a principal office address located at 15 America Avenue, Suite 304, Lakewood, New Jersey.

198.    Defendant Fulton Center for Rehabilitation, LLC's organizer as listed in its Articles of Organization is Shlomo Heller.

199.    Defendant Fulton Center for Rehabilitation, LLC received $582,564 in PPP loan funds, and listed its number of employees as 71 on its application.

### viii. Heritage Consulting Services, LLC

200.    Defendant Heritage Consulting Services, LLC is a New Jersey limited liability company with a principal office address located at 15 America Avenue, Suite 302, Lakewood, New Jersey.

201.    Defendant Heritage Consulting Services, LLC's Chief Executive Officer is Israel Birnbaum.

202.    Defendant Heritage Consulting Services, LLC received $162,500 in PPP loan funds, and listed its number of employees as 20 on its application.

### ix. New Scotland Health Care, LLC

203.    Defendant New Scotland Health Care, LLC is an Ohio limited liability company with a principal office address located at 1346 Lincoln Avenue, Cincinnati, Ohio.

204.    Defendant New Scotland Health Care, LLC's manager is listed as Jacob Stern on the NPI Registry.

205.    Defendant New Scotland Health Care, LLC received $743,385 in PPP loan funds, and listed its number of employees as 113 on its application.

30

### x.      **Riverdale Healthcare, LLC**

206.      Defendant Riverdale Healthcare, LLC is a Georgia Limited Liability Company with a principal office address located at 15 America Avenue, Lakewood, New Jersey.

207.      Defendant Riverdale Healthcare, LLC's authorized official is listed as Shlomo Heller on the NPI Registry.

208.      Defendant Riverdale Healthcare, LLC received $705,715 in PPP loan funds, and listed its number of employees as 107 on its application.

### F.      **CENTER MANAGEMENT GROUP DEFENDANTS**

209.      The Center Management Group Defendants operate skilled nursing facilities in New Jersey and New York.

210.      The Center Management Group Defendants share common ownership and/or management under Charles-Edouard Gros and/or Center Management Group, LLC.

211.      The Center Management Group Defendants all received PPP loan funds by submitting loan applications through Signature Bank, Bank Leumi USA, and First Commerce Bank in April, May, and June 2020.

212.      The Center Management Group Defendants certified to employing an aggregate of 613 employees at the times they applied for PPP loan funding in 2020.

213.      In total, the Center Management Group Defendants received $5,819,646 in PPP loan funding in 2020.

### i.      **Brookhaven Care Center, LLC**

214.      Defendant Brookhaven Care Center, LLC is a New York limited liability company with a principal place of business located at 111 Beaverdam Road, Brookhaven, New York.

215.    Defendant Brookhaven Care Center, LLC operates a skilled nursing facility located in Brookhaven, New York.

216.    Defendant Brookhaven Care Center, LLC operates under the control and/or management of Charles-Edouard Gros and/or Center Management Group, LLC.

217.    Defendant Brookhaven Care Center, LLC received $239,176 in PPP loan funds, and listed its number of employees as 35 on its application.

### ii.    Dumont Operating, LLC

218.    Defendant Dumont Operating, LLC is a New York limited liability company with a principal place of business located at 676 Pelham Road, New Rochelle, New York.

219.    Defendant Dumont Operating, LLC operates a skilled nursing facility located in New Rochelle, New York.

220.    Defendant Dumont Operating, LLC operates under the control and/or management of Charles-Edouard Gros and/or Center Management Group, LLC.

221.    Defendant Dumont Operating, LLC received $1,849,670 in PPP loan funds, and listed its number of employees as 189 on its application.

### iii.    KFG Operating I, LLC

222.    Defendant KFG Operating I, LLC is a New York limited liability company with a principal place of business located at 155 Dean Street, Brooklyn, New York.

223.    Defendant KFG Operating I, LLC operates a skilled nursing facility located in Brooklyn, New York.

224.    Defendant KFG Operating I, LLC operates under the control and/or management of Charles-Edouard Gros and/or Center Management Group, LLC.

225.     Charles-Edouard Gros is listed as the managing member of Defendant KFG Operating, LLC in the NPI Registry.

226.     Defendant KFG Operating I, LLC received $1,999,900 in PPP loan funds, and listed its number of employees as 238 on its application.

### iv.     Runnells Operating, LLC

227.     Defendant Runnells Operating, LLC (d/b/a Runnells Center for Rehabilitation & Healthcare) is a New Jersey limited liability company with a main business address located at 40 Watchung Way, Berkeley Heights, New Jersey.

228.     Defendant Runnells Operating, LLC operates a skilled nursing facility located in Berkeley Heights, New Jersey.

229.     Defendant Runnells Operating, LLC operates under the control and/or management of Charles-Edouard Gros and/or Center Management Group, LLC.

230.     Defendant Runnells Operating, LLC is owned by Runnells Ventures, LLC.

231.     Runnels Ventures, LLC's managing member and owner is Charles-Edouard Gros.

232.     Defendant Runnells Operating, LLC received $1,730,900 in PPP loan funds, and listed its number of employees as 151 on its application.

### G.     CHELSEA SENIOR LIVING DEFENDANTS

233.     The Chelsea Senior Living Defendants operate assisted living facilities in New Jersey and New York under the banner of "Chelsea Senior Living". *See* Chelsea Senior Living's website, https://www.chelseaseniorliving.com/living-options/ (last accessed March 7, 2021).

234.     The Chelsea Senior Living Defendants share a main business address: 316 South Avenue, Fanwood, New Jersey.

235.    The Chelsea Senior Living Defendants share common ownership and/or management under Herbert Helfrich.

236.    The Chelsea Senior Living Defendants all received PPP loan funds by submitting loan applications through Valley National Bank in April 2020.

237.    The Chelsea Senior Living Defendants certified to employing an aggregate of 740 employees at the times they applied for PPP loan funding in 2020.

238.    In total, the Chelsea Senior Living Defendants received $5,996,714 in PPP loan funding in 2020.

### i.    CMG Bald Eagle, LLC

239.    Defendant CMG Bald Eagle, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

240.    Defendant CMG Bald Eagle, LLC's Chief Executive Officer is Herbert Heflich.

241.    Defendant CMG Bald Eagle, LLC received $489,760 in PPP loan funds, and listed its number of employees as 62 on its application.

### ii.    CMG Brick, LLC

242.    Defendant CMG Brick, LLC is a New Jersey Limited Liability Company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

243.    Defendant CMG Brick, LLC's President is Herbert Heflich.

244.    Defendant CMG Brick, LLC received $543,950 in PPP loan funds, and listed its number of employees as 68 on its application.

### iii.    CMG Bridgewater, LLC

245.    Defendant CMG Bridgewater, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

246.    Defendant CMG Bridgewater, LLC's President is Herbert Heflich.

247.    Defendant CMG Bridgewater, LLC received $476,152 in PPP loan funds, and listed its number of employees as 59 on its application.

### iv.    CMG Brookfield, LLC

248.    Defendant CMG Brookfield, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

249.    Defendant CMG Brookfield, LLC's President is Herbert Heflich.

250.    Defendant CMG Brookfield, LLC received $468,215 in PPP loan funds, and listed its number of employees as 57 on its application.

### v.    CMG East Brunswick, LLC

251.    Defendant CMG East Brunswick, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

252.    Defendant CMG East Brunswick, LLC's President is Herbert Heflich.

253.    Defendant CMG East Brunswick, LLC received $539,937 in PPP loan funds, and listed its number of employees as 64 on its application.

### vi.    CMG Fanwood, LLC

254.    Defendant CMG Fanwood, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

255.    Defendant CMG Fanwood, LLC's President is Herbert Heflich.

256.    Defendant CMG Fanwood, LLC received $420,224 in PPP loan funds, and listed its number of employees as 53 on its application.

### vii.    CMG Forsgate, LLC

257.    Defendant CMG Forsgate, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

258.    Defendant CMG Forsgate, LLC's members include Herbert Heflich.

259.    Defendant CMG Forsgate, LLC received $531,117 in PPP loan funds, and listed its number of employees as 66 on its application.

### viii.    CMG Manalapan, LLC

260.    Defendant CMG Manalapan, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

261.    Defendant CMG Manalapan, LLC's President is Herbert Heflich.

262.    Defendant CMG Manalapan, LLC received $373,462 in PPP loan funds, and listed its number of employees as 42 on its application.

### ix.    CMG Montville, LLC

263.    Defendant CMG Montville, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

264.    Defendant CMG Montville, LLC's President is Herbert Heflich.

265.    Defendant CMG Montville, LLC received $688,915 in PPP loan funds, and listed its number of employees as 91 on its application.

### x.    CMG Tinton Falls, LLC

266.    Defendant CMG Tinton Falls, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

267.    Defendant CMG Tinton Falls, LLC's President is Herbert Heflich.

268.     Defendant CMG Tinton Falls, LLC received $412,565 in PPP loan funds, and listed its number of employees as 50 on its application.

### xi.     CMG Toms River, LLC

269.     Defendant CMG Toms River, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

270.     Defendant CMG Toms River, LLC's President is Herbert Heflich.

271.     Defendant CMG Toms River, LLC received $555,375 in PPP loan funds, and listed its number of employees as 72 on its application.

### xii.     CMG Warren, LLC

272.     Defendant CMG Warren, LLC is a New Jersey limited liability company with a main business address located at 316 South Avenue, Fanwood, New Jersey.

273.     Defendant CMG Warren, LLC's President is Herbert Heflich.

274.     Defendant CMG Warren, LLC received $497,042 in PPP loan funds, and listed its number of employees as 56 on its application.

### H.     COMPLETE CARE MANAGEMENT DEFENDANTS

275.     The Complete Care Management Defendants operate skilled nursing facilities in New Jersey and Wisconsin under the banner of "Complete Care Management". *See* Complete Care Management's website, https://completecaremgmt.com/ (last accessed March 7, 2021).

276.     The Complete Care Management Defendants operate under common ownership and/or management of Shalom Stein.

277.     The Complete Care Management Defendants are all affiliated with one main address: 475 Oak Glen Road, Howell, New Jersey.

278.     The Complete Care Management Defendants all received PPP loan funds by

37

submitting loan applications through Congressional Bank, Key Bank National Association, and PNC Bank in April 2020.

279.    The Complete Care Management Defendants certified to employing an aggregate of 1,463 employees at the times they applied for PPP loan funding in 2020.

280.    In total, the Complete Care Management Defendants received $13,442,212 in PPP loan funding in 2020.

### i.    Complete Care Management, LLC

281.    Defendant Complete Care Management, LLC is a New Jersey limited liability company with a main business address located at 457 Oak Glen Road, Howell, New Jersey.

282.    Defendant Complete Care Management, LLC's is managed and/or controlled by Shalom Stein.

283.    Defendant Complete Care Management, LLC's Owner is Peace Capital, LLC.

284.    Peace Capital, LLC is a New Jersey Limited Liability Company with a main business address of 457 Oak Glen Road, Howell, New Jersey.

285.    Defendant Complete Care Management, LLC received $750,000 in PPP loan funds, and listed its number of employees as 78 on its application.

### ii.    Complete Care at Arbors Haven, LLC

286.    Defendant Complete Care at Arbors Haven, LLC is a New Jersey limited liability company with a main business address located at 475 Oak Glen Road, Howell, New Jersey.

287.    Defendant Complete Care at Arbors Haven, LLC's Owner and Chief Executive Officer is Shalom Stein.

288.    Defendant Complete Care at Arbors Haven, LLC received $296,453 in PPP loan funds, and listed its number of employees as 36 on its application.

38

### iii.     Complete Care at Arbors, LLC

289.    Defendant Complete Care at Arbors, LLC is a New Jersey limited liability company with a main business address located at 475 Oak Glen Road, Howell, New Jersey.

290.    Defendant Complete Care at Arbors, LLC operates a skilled nursing facility in Toms River, New Jersey.

291.    Defendant Complete Care at Arbors, LLC's Owner and Chief Executive Officer is Shalom Stein.

292.    Defendant Complete Care at Arbors, LLC received $670,663 in PPP loan funds, and listed its number of employees as 75 on its application.

### iv.     Complete Care at Bey Lea, LLC

293.    Defendant Complete Care at Bey Lea, LLC is a Delaware limited liability company with a main business address located at 475 Oak Glen Road, Howell, New Jersey.

294.    Defendant Complete Care at Bey Lea, LLC operates a skilled nursing facility in Toms River, New Jersey.

295.    Defendant Complete Care at Bey Lea, LLC's Owner and Chief Executive Officer is Shalom Stein.

296.    Defendant Complete Care at Bey Lea, LLC received $975,787 in PPP loan funds, and listed its number of employees as 101 on its application.

### v.     Complete Care at Hamilton, LLC

297.    Defendant Complete Care at Hamilton, LLC is a Delaware limited liability company with a main business address located at 760 Albert Avenue, Lakewood, New Jersey.

298.    Defendant Complete Care at Hamilton, LLC operates a skilled nursing facility in Passaic, New Jersey.

299.    Defendant Complete Care at Hamilton, LLC's Owner and Chief Executive Officer is Shalom Stein.

300.    Defendant Complete Care at Hamilton, LLC received $810,190 in PPP loan funds, and listed its number of employees as 62 on its application.

### vi.    Complete Care at Holiday, LLC

301.    Defendant Complete Care at Holiday, LLC is a New Jersey limited liability company with a main business address located at 475 Oak Glen Road, Howell, New Jersey.

302.    Defendant Complete Care at Holiday, LLC operates a skilled nursing facility in Toms River, New Jersey.

303.    Defendant Complete Care at Holiday, LLC's Owner and Chief Executive Officer is Shalom Stein.

304.    Defendant Complete Care at Holiday, LLC received $1,017,800 in PPP loan funds, and listed its number of employees as 135 on its application.

### vii.    Complete Care at Laurelton, LLC

305.    Defendant Complete Care at Laurelton, LLC is a Delaware limited liability company with a main business address located at 475 Oak Glen Road, Howell, New Jersey.

306.    Defendant Complete Care at Laurelton, LLC operates a skilled nursing facility in Brick, New Jersey.

307.    Defendant Complete Care at Laurelton, LLC's Owner and Chief Executive Officer is Shalom Stein.

308.    Defendant Complete Care at Laurelton, LLC received $803,755 in PPP loan funds, and listed its number of employees as 76 on its application.

### viii. Complete Care at Linwood, LLC

309. Defendant Complete Care at Linwood, LLC is a Delaware limited liability company with a main business address located at 201 New Road, Linwood, New Jersey.

310. Defendant Complete Care at Linwood, LLC operates a skilled nursing facility in Linwood, New Jersey.

311. Defendant Complete Care at Linwood, LLC's agent of service on file with the State of New Jersey is Complete Care Management, 457 Oak Glen Road, Howell, New Jersey.

312. Defendant Complete Care at Linwood, LLC's Owner and Chief Executive Officer is Shalom Stein.

313. Defendant Complete Care at Linwood, LLC received $1,209,847 in PPP loan funds, and listed its number of employees as 133 on its application.

### ix. Complete Care at Manitowoc, LLC

314. Defendant Complete Care at Manitowoc, LLC is a Wisconsin limited liability company with a main business address located at 2021 South Alverno Road, Manitowoc, Wisconsin.

315. Defendant Complete Care at Manitowoc, LLC operates a skilled nursing facility in Manitowoc, Wisconsin.

316. Defendant Complete Care at Manitowoc, LLC's Owner and Chief Executive Officer is Shalom Stein.

317. Defendant Complete Care at Manitowoc, LLC received $1,029,532 in PPP loan funds, and listed its number of employees as 143 on its application.

### x. Complete Care at Nazareth, LLC

318.    Defendant Complete Care at Nazareth, LLC is a Wisconsin limited liability company with a main business address located at 814 Jackson Street, Stoughton, Wisconsin.

319.    Defendant Complete Care at Nazareth, LLC operates a skilled nursing facility in Stoughton, Wisconsin.

320.    Defendant Complete Care at Nazareth, LLC's Owner and Chief Executive Officer is Shalom Stein.

321.    Defendant Complete Care at Nazareth, LLC received $802,865 in PPP loan funds, and listed its number of employees as 65 on its application.

### xi. Complete Care at Passaic, LLC

322.    Defendant Complete Care at Passaic, LLC is a New Jersey limited liability company with a main business address located at 457 Oak Glen Road, Howell, New Jersey.

323.    Defendant Complete Care at Passaic, LLC's Owner and Chief Executive Officer is Shalom Stein.

324.    Defendant Complete Care at Passaic, LLC's Chief Operating Officer is Jack Hirth.

325.    Defendant Complete Care at Passaic, LLC received $1,102,900 in PPP loan funds, and listed its number of employees as 159 on its application.

### xii. Complete Care at Shorrock, LLC

326.    Defendant Complete Care at Shorrock, LLC is a New Jersey limited liability company with a main business address located at 457 Oak Glen Road, Howell, New Jersey.

327.    Defendant Complete Care at Shorrock, LLC operates a skilled nursing facility in Brick Township, New Jersey.

42

328.    Defendant Complete Care at Shorrock, LLC's Owner and Chief Executive Officer is Shalom Stein.

329.    Defendant Complete Care at Shorrock, LLC received $1,254,194 in PPP loan funds, and listed its number of employees as 133 on its application.

### xiii.  Complete Care at Villa Pines, LLC

330.    Defendant Complete Care at Villa Pines, LLC is a Wisconsin limited liability company with a main business address located at 201 South Park Avenue, Friendship, Wisconsin.

331.    Defendant Complete Care at Villa Pines, LLC operates a skilled nursing home in Friendship, Wisconsin.

332.    Defendant Complete Care at Villa Pines, LLC's Owner and Chief Executive Officer is Shalom Stein.

333.    Defendant Complete Care at Villa Pines, LLC received $518,527 in PPP loan funds, and listed its number of employees as 49 on its application.

### xiv.  Complete Care at Whiting, LLC

334.    Defendant Complete Care at Whiting, LLC is a New Jersey limited liability company with a main business address located at 457 Oak Glen Road, Howell, New Jersey.

335.    Defendant Complete Care at Whiting, LLC operates a skilled nursing facility in Whiting, New Jersey.

336.    Defendant Complete Care at Whiting, LLC's Owner and Chief Executive Officer is Shalom Stein.

337.    Defendant Complete Care at Whiting, LLC received $980,804 in PPP loan funds, and listed its number of employees as 103 on its application.

#### xv.  Complete Care at Willow Creek, LLC

338.    Defendant Complete Care at Willow Creek, LLC is a New Jersey limited liability company with a main business address located at 457 Oak Glen Road, Howell, New Jersey.

339.    Defendant Complete Care at Willow Creek, LLC operates a skilled nursing facility in Somerset, New Jersey.

340.    Defendant Complete Care at Willow Creek, LLC's Owner and Chief Executive Officer is Shalom Stein.

341.    Defendant Complete Care at Willow Creek, LLC received $950,000 in PPP loan funds, and listed its number of employees as 101 on its application.

#### xvi.  Complete Care at Woodlands, LLC

342.    Defendant Complete Care at Woodlands, LLC is a New Jersey limited liability company with a main business address located at 457 Oak Glen Road, Howell, New Jersey.

343.    Defendant Complete Care at Woodlands, LLC operates a skilled nursing facility in Plainfield, New Jersey.

344.    Defendant Complete Care at Woodlands, LLC's Owner and Chief Executive Officer is Shalom Stein.

345.    Defendant Complete Care at Woodlands, LLC received $750,000 in PPP loan funds, and listed its number of employees as 78 on its application.

### I.    MARQUIS HEALTH SERVICES DEFENDANTS

346.    The Marquis Health Services Defendants operate skilled nursing facilities in New Jersey, Pennsylvania, Maryland, and Massachusetts.

347.    The Marquis Health Services Defendants share common ownership and/or management under Tryko Partners, LLC and its senior management: Yitzchok Rokosky (Chief

44

Executive Officer of Tryko Partners, LLC), Yonah Kohn (President of Tryko Partners, LLC), and Nachum Rokeach (Chief Executive Officer of Marquis Health Services). *See* Tryko Partners, LLC's website, http://tryko.com/about/senior-management/ (last accessed March 7, 2021).

348.     The Marquis Health Services Defendants are all affiliated with one main address: 1608 Route 88, Suite 200, Brick, New Jersey, which is also the main business address of Tryko Partners, LLC and its subsidiaries.

349.     The Marquis Health Services Defendants all received PPP loan funds by submitting loan applications through CIBC Bank USA in April 2020.

350.     The Marquis Health Services Defendants certified to employing an aggregate of 2,480 employees at the times they applied for PPP loan funding in 2020.

351.     In total, the Marquis Health Services Defendants received $18,590,917 in PPP loan funding in 2020.

### i.     Brentwood Operator, LLC

352.     Defendant Brentwood Operator, LLC is a Delaware limited liability company with its principal office located at 1608 Route 88, Suite 200, Brick, New Jersey.

353.     Defendant Brentwood Operator, LLC operates a skilled nursing facility in Danvers, Massachusetts.

354.     Defendant Brentwood Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

355.     Defendant Brentwood Operator, LLC is also controlled by Nachum Rokeach.

356.     Defendant Brentwood Operator, LLC received $1,237,353 in PPP loan funds, and listed its number of employees as 136 on its application.

45

## ii.    Briarwood Operator, LLC

357.    Defendant Briarwood Operator, LLC is a Massachusetts limited liability company with its principal office located at 1608 Route 88, Suite 200, Brick, New Jersey.

358.    Defendant Briarwood Operator, LLC operates a skilled nursing facility in Needham, Massachusetts.

359.    Defendant Briarwood Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

360.    Defendant Briarwood Operator, LLC is also controlled by Nachum Rokeach.

361.    Defendant Briarwood Operator, LLC received $1,331,359 in PPP loan funds, and listed its number of employees as 171 on its application.

## iii.    Cedar View Operator, LLC

362.    Defendant Cedar View Operator, LLC is a Massachusetts limited liability company with its principal office located at 1608 Route 88, Suite 200, Brick, New Jersey.

363.    Defendant Cedar View Operator, LLC operates a skilled nursing facility in Methuen, Massachusetts.

364.    Defendant Cedar View Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

365.    Defendant Cedar View Operator, LLC is also controlled by Nachum Rokeach.

366.    Defendant Cedar View Operator, LLC received $836,673 in PPP loan funds, and listed its number of employees as 114 on its application.

## iv.    Chestnut Woods Operator, LLC

367.    Defendant Chestnut Woods Operator, LLC is a Delaware limited liability company with its principal office located at 1608 Route 88, Suite 200, Brick, New Jersey.

46

368.    Defendant Chestnut Woods Operator, LLC operates a skilled nursing facility in Saugus, Massachusetts.

369.    Defendant Chestnut Woods Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

370.    Defendant Chestnut Woods Operator, LLC is also controlled by Nachum Rokeach.

371.    Defendant Chestnut Woods Operator, LLC received $743,240 in PPP loan funds, and listed its number of employees as 102 on its application.

### v.    Collingswood Operator, LLC

372.    Defendant Collingswood Operator, LLC is a Massachusetts limited liability company with its principal office located at 299 Hurley Avenue, Rockville, Maryland.

373.    Defendant Collingswood Operator, LLC operates a skilled nursing facility in Rockville, Maryland.

374.    Defendant Collingswood Operator, LLC's owner is Yitzchok Rokowsky.

375.    Defendant Collingswood Operator, LLC is also controlled by Nachum Rokeach.

376.    Defendant Collingswood Operator, LLC received $1,517,810 in PPP loan funds, and listed its number of employees as 198 on its application.

### vi.    Coral Harbor Operator, LLC

377.    Defendant Coral Harbor Operator, LLC is a New Jersey limited liability company with its principal office located at 2050 6th Avenue, Neptune City, New Jersey.

378.    Defendant Coral Harbor Operator, LLC operates a skilled nursing facility in Neptune City, New Jersey.

379.    Defendant Coral Harbor Operator, LLC's owner is Yitzchok Rokowsky.

380.    Defendant Coral Harbor Operator, LLC is also controlled by Nachum Rokeach.

381.    Defendant Coral Harbor Operator, LLC received $772,080 in PPP loan funds, and listed its number of employees as 114 on its application.

### vii.    Crest Pointe Operator, LLC

382.    Defendant Crest Pointe Operator, LLC is a New Jersey limited liability company with its principal office located at 1515 Hulse Road, Point Pleasant, New Jersey.

383.    Defendant Crest Pointe Operator, LLC operates a skilled nursing facility in Point Pleasant, New Jersey.

384.    Defendant Crest Pointe Operator, LLC's owner is Yitzchok Rokowsky.

385.    Defendant Crest Pointe Operator, LLC is also controlled by Nachum Rokeach.

386.    Defendant Crest Pointe Operator, LLC received $873,446 in PPP loan funds, and listed its number of employees as 117 on its application.

### viii.    Elmhurst Operator, LLC

387.    Defendant Elmhurst Operator, LLC is a New Jersey limited liability company with its principal office located at 575 Route 70, 2nd Floor, Brick, New Jersey.

388.    Defendant Elmhurst Operator, LLC operates a skilled nursing facility in Brick, New Jersey.

389.    Defendant Elmhurst Operator, LLC's owner is Yitzchok Rokowsky.

390.    Defendant Elmhurst Operator, LLC is also controlled by Nachum Rokeach.

391.    Defendant Elmhurst Operator, LLC received $1,806,865 in PPP loan funds, and listed its number of employees as 219 on its application.

### ix.    Kearsley Operator, LP

392.    Defendant Kearsley Operator, LP is a New Jersey company with its principal office located at 2100 North 49th Street, Philadelphia, Pennsylvania, and with a mailing address of 575 Route 70, 2nd Floor, Brick, New Jersey.

393.    Defendant Kearsley Operator, LP operates a skilled nursing facility in Philadelphia, Pennsylvania.

394.    Defendant Kearsley Operator, LP's owner is Yonah Kohn.

395.    Defendant Kearsley Operator, LP is also controlled by Nachum Rokeach.

396.    Defendant Kearsley Operator, LP received $865,133 in PPP loan funds, and listed its number of employees as 131 on its application.

### x.    Meadow Park Operator, LLC

397.    Defendant Meadow Park Operator, LLC is a Delaware limited liability company with its principal office located at 1525 North Rolling Road, Catonsville, Maryland.

398.    Defendant Meadow Park Operator, LLC operates a skilled nursing facility in Catonsville, Maryland.

399.    Defendant Meadow Park Operator, LLC's owner is Yitzchok Rokowsky.

400.    Defendant Meadow Park Operator, LLC is also controlled by Nachum Rokeach.

401.    Defendant Meadow Park Operator, LLC received $954,784 in PPP loan funds, and listed its number of employees as 131 on its application.

### xi.    Mont Marie Operator, LLC

402.    Defendant Mont Marie Operator, LLC is a Massachusetts limited liability company with its principal office located at 1608 Route 88, Suite 200, Brick, New Jersey.

403.     Defendant Mont Marie Operator, LLC operates a skilled nursing facility in Holyoke, Massachusetts.

404.     Defendant Mont Marie Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

405.     Defendant Mont Marie Operator, LLC is also controlled by Nachum Rokeach.

406.     Defendant Mont Marie Operator, LLC received $856,585 in PPP loan funds, and listed its number of employees as 145 on its application.

### xii.     New Eastwood Operator, LLC

407.     Defendant New Eastwood Operator, LLC is a Pennsylvania limited liability company with its principal office located at 2125 Fairview Avenue, Easton, Pennsylvania.

408.     Defendant New Eastwood Operator, LLC operates a skilled nursing facility in Easton, Pennsylvania.

409.     Defendant New Eastwood Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

410.     Defendant New Eastwood Operator, LLC is also controlled by Nachum Rokeach.

411.     Defendant New Eastwood Operator, LLC received $858,369 in PPP loan funds, and listed its number of employees as 129 on its application.

### xiii.     Oakland Operator, LLC

412.     Defendant Oakland Operator, LLC is a New Jersey limited liability company with its main business address located at 20 Breakneck Road, Oakland, New Jersey.

413.     Defendant Oakland Operator, LLC operates a skilled nursing facility in Oakland, New Jersey.

414.     Defendant Oakland Operator, LLC's owner is Quinto Guardian, LLC.

415.     Quinto Guardian, LLC is a Delaware limited liability company with its principal business address located at 1608 Route 88, Suite 200, Brick, New Jersey.

416.     Quinto Guardian, LLC's Owners are Yitzchok Rokowsky and Tryko Guardian Holdings, LLC.

417.     Defendant Oakland Operator, LLC received $1,955,415 in PPP loan funds, and listed its number of employees as 250 on its application.

### xiv.     Orchard Hill Operator, LLC

418.     Defendant Orchard Hill Operator, LLC is a Massachusetts limited liability company with its principal office located at 11 West Road, Townson, Maryland.

419.     Defendant Orchard Hill Operator, LLC operates a skilled nursing facility in Townson, Maryland.

420.     Defendant Orchard Hill Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

421.     Defendant Orchard Hill Operator, LLC is also controlled by Nachum Rokeach.

422.     Defendant Orchard Hill Operator, LLC received $943,236 in PPP loan funds, and listed its number of employees as 132 on its application.

### xv.     Providence Operator, LLC

423.     Defendant Providence Operator, LLC is a Massachusetts limited liability company with its principal office located at 600 South Wycombe Avenue, Lansdowne, Pennsylvania.

424.     Defendant Providence Operator, LLC operates a skilled nursing facility in Lansdowne, Pennsylvania.

51

425.    Defendant Providence Operator, LLC's owners are Yitzchok Rokowsky and Yonah Kohn.

426.    Defendant Providence Operator, LLC is also controlled by Nachum Rokeach.

427.    Defendant Providence Operator, LLC received $1,014,139 in PPP loan funds, and listed its number of employees as 138 on its application.

### xvi.    Spring Grove Operator, LLC

428.    Defendant Spring Grove Operator, LLC is a New Jersey limited liability company with its main business address located at 1608 Route 88, Suite 301, Brick, New Jersey.

429.    Defendant Spring Grove Operator, LLC operates a skilled nursing facility in Holyoke, Massachusetts.

430.    Defendant Spring Grove Operator, LLC's owner is Quinto Guardian, LLC.

431.    Quinto Guardian, LLC is a Delaware limited liability company with its principal business address located at 1608 Route 88, Suite 200, Brick, New Jersey.

432.    Quinto Guardian, LLC's owners are Yitzchok Rokowsky and Tryko Guardian Holdings, LLC.

433.    Defendant Spring Grove Operator, LLC is also controlled by Nachum Rokeach.

434.    Defendant Spring Grove Operator, LLC received $833,958 in PPP loan funds, and listed its number of employees as 100 on its application.

### xvii.    Willow Springs Operator, LLC

435.    Defendant Willow Springs Operator, LLC is a New Jersey limited liability company with its main business address located at 1049 Burnt Tavern Road, Brick, New Jersey.

436.    Defendant Willow Springs Operator, LLC operates a skilled nursing facility in Brick, New Jersey.

437.     Defendant Willow Springs Operator, LLC's Owner is Quinto Guardian, LLC.

438.     Quinto Guardian, LLC is a Delaware limited liability company with its principal business address located at 1608 Route 88, Suite 200, Brick, New Jersey.

439.     Quinto Guardian, LLC's owners are Yitzchok Rokowsky and Tryko Guardian Holdings, LLC.

440.     Defendant Willow Springs Operator, LLC is also controlled by Nachum Rokeach.

441.     Defendant Willow Springs Operator, LLC received $1,190,472 in PPP loan funds, and listed its number of employees as 153 on its application.

## J.     **WINDSOR HEALTHCARE MANAGEMENT DEFENDANTS**

442.     The Windsor Healthcare Management Defendants operate skilled nursing facilities throughout New Jersey under the banner of "Windsor Healthcare".

443.     The Windsor Healthcare Management Defendants operate under the ownership and/or management of Hyman Jacobs, the President and Chief Executive Officer of Windsor Healthcare Management, Limited Liability Company. *See* Windsor Healthcare Management's website, https://www.windsorhealthcare.org/about (last accessed March 7, 2021).

444.     The Windsor Healthcare Management Defendants are all affiliated with one main address: 100 McClellan Street, Norwood, New Jersey.

445.     The Windsor Healthcare Management Defendants all received PPP loan funds by submitting loan applications through Cross River Bank on April 14 and 15, 2020.

446.     The Windsor Healthcare Management Defendants certified to employing an aggregate of 1,543 employees at the times they applied for PPP loan funding in 2020.

447.     In total, the Windsor Healthcare Management Defendants received $15,408,318 in PPP loan funding in 2020.

### i.    Windsor Healthcare Management Limited Liability Company

448.    Defendant Windsor Healthcare Management limited liability company is a New Jersey Limited Liability Company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

449.    Defendant Windsor Healthcare Management Limited Liability Company's President and Chief Executive Officer is Hyman Jacobs.

450.    Defendant Windsor Healthcare Management Limited Liability Company received $953,560 in PPP loan funds, and listed its number of employees as 45 on its application.

### ii.    Ashbrook Care and Rehabilitation Center, LLC

451.    Defendant Ashbrook Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

452.    Defendant Ashbrook Care and Rehabilitation Center, LLC operates a skilled nursing facility in Scotch Plains, New Jersey.

453.    Defendant Ashbrook Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

454.    Defendant Ashbrook Care and Rehabilitation Center, LLC received $997,979 in PPP loan funds, and listed its number of employees as 113 on its application.

### iii.    Cornell Hall Care and Rehabilitation Center, LLC

455.    Defendant Cornell Hall Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

456.     Defendant Cornell Hall Care and Rehabilitation Center, LLC operates a skilled nursing facility in Union, New Jersey.

457.     Defendant Cornell Hall Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

458.     Defendant Cornell Hall Care and Rehabilitation Center, LLC received $1,482,016 in PPP loan funds, and listed its number of employees as 160 on its application.

### iv.     Greenbrook Manor Care and Rehabilitation Center, LLC

459.     Defendant Greenbrook Manor Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

460.     Defendant Greenbrook Manor Care and Rehabilitation Center, LLC operates a skilled nursing facility in Green Brook, New Jersey.

461.     Defendant Greenbrook Manor Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

462.     Defendant Greenbrook Manor Care and Rehabilitation Center, LLC received $1,346,264 in PPP loan funds, and listed its number of employees as 131 on its application.

### v.     Llanfair House Care and Rehabilitation Center, LLC

463.     Defendant Llanfair House Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

464.     Defendant Llanfair House Care and Rehabilitation Center, LLC operates a skilled nursing facility in Wayne, New Jersey.

465.    Defendant Llanfair House Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

466.    Defendant Llanfair House Care and Rehabilitation Center, LLC received $1,544,438 in PPP loan funds, and listed its number of employees as 149 on its application.

### vi.    Merwick Care and Rehabilitation Center, LLC

467.    Defendant Merwick Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

468.    Defendant Merwick Care and Rehabilitation Center, LLC operates a skilled nursing facility in Plainsboro, New Jersey.

469.    Defendant Merwick Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

470.    Defendant Merwick Care and Rehabilitation Center, LLC received $1,833,663 in PPP loan funds, and listed its number of employees as 190 on its application.

### vii.    The Buckingham at Norwood Care and Rehabilitation Center, LLC

471.    Defendant The Buckingham at Norwood Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

472.    Defendant The Buckingham at Norwood Care and Rehabilitation Center, LLC operates a skilled nursing facility in Norwood, New Jersey.

473.    Defendant The Buckingham at Norwood Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

474.    Defendant The Buckingham at Norwood Care and Rehabilitation Center, LLC received $2,347,534 in PPP loan funds, and listed its number of employees as 232 on its application.

### viii.    The Canterbury at Cedar Groves Care and Rehabilitation Center, LLC

475.    Defendant The Canterbury at Cedar Groves Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

476.    Defendant The Canterbury at Cedar Groves Care and Rehabilitation Center, LLC operates a skilled nursing facility in Cedar Groves, New Jersey.

477.    Defendant The Canterbury at Cedar Groves Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

478.    Defendant The Canterbury at Cedar Groves Care and Rehabilitation Center, LLC received $1,482,299 in PPP loan funds, and listed its number of employees as 174 on its application.

### ix.    The Venetian Care and Rehabilitation Center, LLC

479.    Defendant The Venetian Care and Rehabilitation Center, LLC is a New Jersey limited liability company with its principal business address located at 100 McClellan Street, Norwood, New Jersey.

480.    Defendant The Venetian Care and Rehabilitation Center, LLC operates a skilled nursing facility in South Amboy, New Jersey.

481.    Defendant The Venetian Care and Rehabilitation Center, LLC's President and Chief Executive Officer is Hyman Jacobs.

57

482.     Defendant The Venetian Care and Rehabilitation Center, LLC received $1,598,160 in PPP loan funds, and listed its number of employees as 159 on its application.

#### x.     Windsor Gardens Care Center, Inc.

483.     Defendant Windsor Gardens Care Center, Inc. is a New Jersey Corporation with its principal business address located at 140 Park Avenue, East Orange, New Jersey.

484.     Defendant Windsor Gardens Care Center, Inc. operates a skilled nursing facility in East Orange, New Jersey.

485.     Defendant Windsor Gardens Care Center, Inc.'s President and Chief Executive Officer is Hyman Jacobs.

486.     Defendant Windsor Gardens Care Center, Inc. received $1,822,405 in PPP loan funds, and listed its number of employees as 190 on its application.

### K.     FAMILY OF CARING DEFENDANTS

487.     The Family of Caring Defendants operate healthcare facilities in New Jersey under the banner of "Family of Caring Healthcare System". *See* Family of Caring's website, https://familyofcaring.com/about-us/ (last accessed March 7, 2021).

488.     The Family of Caring Defendants operate under the common ownership, management, and/or control of Nathan Friedman.

489.     The Family of Care Defendants are all affiliated with one main address: 555 Chestnut Ridge Road, Woodcliff Lake, New Jersey.

490.     The Family of Caring Defendants all received PPP loan funds by submitting loan applications through Valley National Bank, Lakeland Bank, and TD Bank in April 2020.

491.     The Family of Caring Defendants certified to employing an aggregate total of 490 employees at the times they applied for PPP loan funding in 2020.

58

492. Based on information known by the Relator, the number of individuals employed by the Family of Care Defendants at the time they applied for PPP loans exceeded 500.

493. In total, the Family of Care Defendants received $5,605,419 in PPP loan funding in 2020.

### i. Family of Caring Healthcare at Montclair, LLC

494. Defendant Family of Caring Healthcare at Montclair, LLC is a New Jersey limited liability company with a main business address located at 555 Chestnut Ridge Road, Woodcliff Lake, New Jersey.

495. Defendant Family of Caring Healthcare at Montclair, LLC is owned, managed, and/or controlled by Nathan Friedman.

496. Defendant Family of Caring Healthcare at Montclair, LLC received $839,370 in PPP loan funds, and listed its number of employees as 78 on its application.

### ii. Family of Caring Healthcare at Ridgewood, LLC

497. Defendant Family of Caring Healthcare at Ridgewood, LLC is a New Jersey limited liability company with a main business address located at 555 Chestnut Ridge Road, Woodcliff Lake, New Jersey.

498. Defendant Family of Caring Healthcare at Ridgewood, LLC is owned, managed, and/or controlled by Nathan Friedman.

499. Defendant Family of Caring Healthcare at Ridgewood, LLC received $1,146,884 in PPP loan funds, and listed its number of employees as 92 on its application.

### iii.    Advanced Subacute Rehabilitation Center at Sewell, LLC

500.    Defendant Advanced Subacute Rehabilitation Center at Sewell, LLC is a New Jersey limited liability company with a main business address located at 685 Salina Road, Sewell, New Jersey.

501.    Defendant Advanced Subacute Rehabilitation Center at Sewell, LLC's registered agent of service is listed as Nathan Friedman, 555 Chestnut Ridge Road, Woodcliff, New Jersey.

502.    Defendant Advanced Subacute Rehabilitation Center at Sewell, LLC is owned, managed, and/or controlled by Nathan Friedman.

503.    Defendant Advanced Subacute Rehabilitation Center at Sewell, LLC received $1,250,542 in PPP loan funds, and listed its number of employees as 110 on its application.

### iv.    Dellridge Health Rehabilitation Center, LLC

504.    Defendant Dellridge Health Rehabilitation Center, LLC is a New Jersey limited liability company with a principal business address located at 532 Farview Avenue, Paramus, New Jersey.

505.    Defendant Dellridge Health Rehabilitation Center, LLC's main business address is listed as 555 Chestnut Ridge Road, Woodcliff, New Jersey.

506.    Defendant Dellridge Health Rehabilitation Center, LLC is owned, managed, and/or controlled by Nathan Friedman.

507.    Defendant Dellridge Health Rehabilitation Center, LLC received $1,124,685 in PPP loan funds, and listed its number of employees as 101 on its application.

### v.    Woodcliff Lake Health & Rehabilitation Center, LLC

508.    Defendant Woodcliff Lake Health & Rehabilitation Center, LLC is a New Jersey limited liability company with a main business address located at 555 Chestnut Ridge Road, Woodcliff, New Jersey.

509.    Defendant Woodcliff Lake Health & Rehabilitation Center, LLC is owned, managed, and/or controlled by Nathan Friedman.

510.    Defendant Woodcliff Lake Health & Rehabilitation Center, LLC received $1,243,938 in PPP loan funds, and listed its number of employees as 109 on its application.

## IV.    ELIGIBILITY CRITERIA FOR PPP LOANS

511.    Congress implemented and funded the Paycheck Protection Program to protect small businesses and the individuals they employ during the Covid-19 pandemic.

512.    The Defendants were not "small businesses" eligible for PPP loans.

513.    Under SBA affiliation regulations, the aggregate total of each Defendant-group's revenue, tangible net worth, and number of employees exceeded the maximum thresholds to qualify as a small business.

514.    The SBA regulations defining small businesses went into effect well before the onset of the Covid-19 pandemic and have been used to determine eligibility for a wide range of programs offered by the SBA.

515.    Although SBA regulations may be complicated for a small, independent "Mom and Pop shop," the Defendant-groups in this case are sophisticated businesses operating in a highly regulated industry and make use of financial and legal professional services on a regular basis during the course of their operations.

516.    The owners, managers, and agents of the Defendant-groups knew and understood the PPP loan eligibility criteria and chose to apply for PPP loans in a manner that would make each individual Defendant appear on paper to meet the criteria for eligibility.

517.    By fraudulently avoiding the SBA's affiliation rules, the Defendants succeeded in obtaining a windfall of cash at the expense of American taxpayers.

## A.  An Overview of the CARES Act and the Paycheck Protection Program

518.    In March 2020, Congress approved the CARES Act and set aside $349 billion for the relief of small businesses, to be administered by the Small Business Administration in the form of the PPP.

519.    Under the terms of the program, small businesses could receive up to $10 million in emergency financing from private lenders backed by the SBA if they met all eligibility criteria. Pub. L. 116–136, div. A, title I, §1102, Mar. 27, 2020.

520.    To define a "small business" under the CARES Act, Congress adopted the definition of "small business concern" under section 3 of the Small Business Act, 15 U.S.C. 636. Pub. L. 116–136, div. A, title I, §1101, Mar. 27, 2020.

521.    Regulations under the Small Business Act establish thresholds for annual receipts to determine whether a business is a "small business concern." 13 C.F.R. §121.201.

522.    By way of example, an assisted living facility for the elderly is only considered a small business if its annual receipts are below $12,000,000, and a nursing care facility is only considered a small business if its annual receipts are below $30,000,000.

523.    An "alternative size standard" may also allow a business to qualify for a PPP loan if it: (a) had a maximum tangible net worth of not more than $15 million, and (b) had an average

net income after federal income taxes (excluding any carry-over losses) of not more than \$5 million for the last two fiscal years before the date of the application.

524. In addition to revenue and value-based eligibility criteria, the CARES Act also expanded eligibility to include businesses that employed 500 or fewer employees. Pub. L. 116–136, div. A, title I, §1102, Mar. 27, 2020.

235. Therefore, if a business employed greater than 500 employees, had annual receipts in excess of the threshold established for that business by the Small Business Act, and failed to satisfy the alternative size standard, the business was clearly not eligible to apply for or obtain PPP loan funds.

## B. Aggregating Affiliates' Employees and Revenue

525. SBA affiliation rules and principles require applicants to aggregate the number of employees or revenue of their affiliates for the purpose of determining whether the applicant is eligible for a PPP loan. 13 C.F.R. §121.103.

526. Affiliation exists when one business controls or has the power to control another or when a third party controls or has the power to control both businesses, and control may arise through ownership, management, or other relationships or interactions between the parties.

527. For determining affiliation based on ownership, a business is an affiliate of an individual, concern, or entity that owns or has the power to control more than 50 percent of the business' voting equity.

528. For determining affiliation based on management, affiliation arises where: (a) the Chief Executive Office or President of one business (or other officers, managing members, or partners who control the management of the applicant) also controls the management of one or more other businesses; (b) a single individual, concern, or entity that controls the Board of

63

Directors or management of one business also controls the Board of Directors or management of one or more other businesses; or (c) where a single individual, concern, or entity controls the management of a business through a management agreement.

529.    For determining affiliation based on other relationships, affiliation arises when there is an identity of interest between close relatives, as defined in 13 C.F.R. 120.10, with identical or substantially identical business or economic interests.

530.    As applied to the Defendants in this case, the SBA's affiliation rules rendered all Defendants ineligible to apply for or receive PPP loan funds at any time in 2020, as each Defendant's affiliation with other business entities in the same Defendant-group, discussed in Section III(B), above, resulted in aggregate totals of revenue, tangible net worth, and number of employees that exceeded the threshold to qualify as a small business.

## C. **Forgiveness and Non-Taxable Income**

531.    Any small business that received a PPP loan was eligible, in 2020, to have the entirety of the loan forgiven by the federal government if it could prove: (1) employee and compensation levels were maintained, (2) the loan proceeds were spent on payroll costs and other eligible expenses, and (3) at least 60 percent of the net proceeds were spent on payroll costs.

532.    In addition, the most basic requirement for PPP loan forgiveness was that a small business was eligible to receive a PPP loan at the time it applied for that loan.

533.    Under the CARES Act, the forgiven loan amounts were expressly classified as non-taxable income to the small businesses receiving the PPP loans, which provided much needed relief to the *eligible* and *intended* recipients.

64

### D. "Necessity" Certification

534. Throughout the loan application and forgiveness application processes, businesses were required to certify that they met certain eligibility requirements.

535. At the time a loan application was submitted, a small business was required to certify that the "current economic uncertainty makes this loan request necessary to support the ongoing operations of the applicant" (the "Necessity Certification").

536. In determining necessity, the SBA issued guidance on April 23, 2020, instructing businesses to evaluate "their current business activity and their ability to access other sources of liquidity." *See* SBA's website, https://www.sba.gov/sites/default/files/2020-04/Paycheck-Protection-Program-Frequently-Asked-Questions_04%2023%2020.pdf (last accessed March 8, 2021).

537. Unlike most small businesses, federal tax dollars were distributed to skilled nursing facilities from various sources in the early stages in the pandemic, both before and after PPP loans were made available to the public, which prevented a PPP loan from being a necessity for any Defendant in this case.

538. As one example, prior to the distribution of PPP loans, the Center for Medicare & Medicaid Services distributed aid to skilled nursing facilities based on their recent billing data.

539. As another, soon after distribution of PPP loan funds began, the CARES Act provided for $10 billion in funding dedicated exclusively to skilled nursing facilities, which was quickly distributed to skilled nursing homes throughout the nation.

540. Further, the Defendants maintained meaningful access to capital markets throughout the pandemic.

65

## V.    The Federal False Claims Act

541.    The federal False Claim Act ("federal FCA") provides, in pertinent part that:

> any person who (1) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; (2) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim; (3) conspires to violate the FCA; or (4) knowingly retains overpayments which should be returned to the United States, "is liable to the United States Government for a civil penalty of not less than $11,000.00 and not more than $22,000.00, plus three times the amount of damages which the Government sustains because of the act of that person."

31 U.S.C. § 3729(a)(1)(A), (B), (C), (G).

542.    For purposes of the FCA, "the terms 'knowing' and 'knowingly' mean that a person, with respect to information – (i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information; and (B) require no proof of specific intent to defraud". 31 U.S.C. § 3729(b)(1).

543.    The term "claim" means any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or property, that (1) is presented to an officer, employee, or agent of the United States; or (2) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest, and if the United States Government: (1) provides or has provided any portion of the money or property requested or demanded; or (2) will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded. 31 USC § 3729(b)(2)(A).

66

## VI.    **THE DEFENDANTS' FRAUD SCHEME**

544.    The Defendants were ineligible to receive PPP loan funds due to the relevant affiliation rules and a lack of necessity.

545.    As to the affiliation rules, Relator is familiar with the operations of the Defendants and the facts and circumstances pertaining to the sizes of their operations and sources of income.

546.    First, the aggregated revenues of each of the 11 Defendant-groups greatly exceeded the annual revenue amounts required to be eligible for PPP loan funds.

547.    Second, the aggregated tangible net worth and the aggregated net income after federal income taxes of each Defendant-group rendered each Defendant-group ineligible to qualify for a PPP loan using the alternative size standard criteria.

548.    Third, the total aggregated number of employees of each of the 11 Defendant-groups made the Defendants ineligible to receive PPP loan funds.

549.    As to the total aggregated number of employees, each Defendant certified to the total number of its employees at the time each Defendant completed its PPP loan application.

550.    The spreadsheet attached hereto as "Attachment A" includes the name of each Defendant, the number of employees listed on each Defendant's application, the total amount of PPP loan funds received by each Defendant, and the group and owner/manager with which each Defendant is affiliated.

551.    Based on the employee figures provided by the Defendants, with the exception of deflated figures provided by Family of Caring, the aggregate total number of employees for each Defendant-group as listed on their applications clearly exceeded 500.

552.    By fraudulently avoiding the affiliation rules, the Defendants were able to obtain PPP loans they were not eligible to receive while also avoiding the $10 million maximum benefit that would have applied to each Defendant-group had those groups been eligible for PPP loans.

553.    As to lacking necessity, the Defendants faced minimal liquidity problems, if any, in the early stages of the pandemic and their business activities were not significantly altered at the time their applications were submitted.

554.    Specifically, Relator possesses knowledge of facts and circumstances in the skilled nursing facility industry in the early stages of the Covid-19 pandemic to support the assertions that the Defendants had access to capital markets, financing sources, and additional sources of financial relief from the CARES Act and the Centers for Medicare & Medicaid Services, and that the Defendants did not suffer significant loss of their ability to conduct business or collect revenue.

555.    Nevertheless, the owners, managers, and/or agents of the Defendants knowingly submitted applications for PPP loan funds on behalf of their respective businesses, received PPP loan funds as a result thereof, and failed to return the fraudulently received funds.

556.    Further, upon information and belief, Defendants applied for and received forgiveness of the PPP loans they received, resulting in a windfall of non-taxable income to the Defendants.

557.    In order to qualify for a PPP loan, an authorized representative of each Defendant was required to certify to the following:

   a. "The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) implementing the Paycheck Protection Program under

Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) (the Paycheck Protection Program Rule)."

b. "The Applicant (1) is an independent contractor, eligible self-employed individual, or sole proprietor or (2) employs no more than the greater of 500 or employees or, if applicable, the size standard in number of employees established by the SBA in 13 C.F.R. 121.201 for the Applicant's industry."

c. "During the period beginning on February 15, 2020 and ending on December 31, 2020, the Applicant has not and will not receive another loan under the Paycheck Protection Program."

d. "I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 USC 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 USC 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 USC 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000."

558.    Applicants were also required to disclose "all owners of 20% or more of the equity of the Applicant" on each application.

559.    Therefore, the Defendants committed violations of the federal FCA with each false certification to the facts included in Paragraphs 557(a)-(d), above, and by failing to disclose "all owners of 20% or more of the equity of the Applicant."

560.    Further, the Defendants committed additional violations of the federal FCA by receiving PPP loan funds, receiving the benefits of those loans without paying market-rate interest and fees, applying for forgiveness of those loans, and receiving the benefit of loan forgiveness without paying any federal taxes on the forgiven loan amounts.

**COUNT I**
**(ALL DEFENDANTS INDIVIDUALLY)**
**VIOLATIONS OF THE FEDERAL FALSE CLAIMS ACT**
**31 U.S.C. § 3729(a)(1)(A), (B), (G)**

561.    Relator re-alleges all previous paragraphs of this Complaint as though fully set forth herein.

562.    The false and fraudulent claims knowingly submitted, or caused to be submitted, by the Defendants for PPP funds constitute violations of the federal False Claims Act. 31 U.S.C. § 3729(a)(1)(A).

563.    The averments in their applications for PPP funds included false statements and records, which were knowingly made by the Defendants, which also constitute violations of the federal False Claims Act. 31 U.S.C. § 3729(a)(1)(B).

564.    Further, the Defendants, directly or through their employees, contractors, or agents, knowingly made, used, or caused to be made or used, false records or false statements to conceal, avoid, or decrease an obligation by Defendants to pay or to transmit money or property to the United States, in violation of the federal False Claims Act. 31 U.S.C. § 3729(a)(1)(G).

565.    All of the Defendants' conduct described in this Complaint was "knowing," as that term is used in the federal False Claims Act.

566.    As a result, the United States Government, its employees or agents, and/or contractors or grantees relied on the false statements made by the Defendants and issued and forgave loans based upon those false statements.

567.    Each Defendant is jointly and severally liable for the Government's damages under the federal False Claims Act for acts committed by other Defendants in the same Defendant-group as articulated in this Complaint.

**WHEREFORE**, Relator requests the following relief:

A. Judgment against Defendants for three times the amount of damages the United States has sustained because of their actions, plus the maximum civil penalty allowed by law for each violation of the federal False Claims Act;

B. Twenty-five percent (25%) of the proceeds of this action if the United States elects to intervene, and thirty percent (30%) if it does not;

C. Their attorneys' fees, litigation and investigation costs, and expenses; and

D. Such other relief as the Court deems just and appropriate.

## **DEMAND FOR A JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator hereby demands a trial by jury.

Respectfully submitted,

By:   _____

John E. Keefe, Jr., Esq.
Christopher J. Keating, Esq.
Wilentz, Goldman & Spitzer, P.A.
125 Half Mile Road, Suite 100
Red Bank, NJ 07701
(732) 636-8000
*Attorneys for Plaintiff*

71

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Complaint for violations of

the federal False Claims Act has been served upon each of the following on the date and in the

manner listed below:

## VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Civil Process Clerk
U.S. Attorney's Office – District of New Jersey
970 Broad Street, 7th Floor
Newark, NJ 07102

Respectfully submitted,

Date:   March 23, 2021

Christopher J. Keating, Esq.
Wilentz, Goldman & Spitzer, P.A.
125 Half Mile Road, Suite 100
Red Bank, NJ 07701
(732) 224-9400
*Attorneys for Plaintiff*

# ATTACHMENT A

| Company | State Incorporated | PPP Loan Amount | Date Loan Approved | Bank | Jobs Retained Per Loan Application | Corporate Group | Leadership | Notes | Total Loans Per Group | Total Claimed "Jobs Saved" Per Corporate Group |
|---|---|---|---|---|---|---|---|---|---|---|
| Allaire Healthcare Group, LLC | NJ | $1,208,300 | 4/15/2020 | PNC Bank, Nat'l Ass'n | 150 | Allaire Health Services | Benjamin Kurland | | | |
| Morris View Management Co, LLC | NJ | $2,075,000 | 4/15/2020 | PNC Bank, Nat'l Ass'n | 285 | | | | | 635 |
| Morristown Post Acute Rehabilitation and Nursing Center, LLC | NJ | $1,500,245 | 4/28/2020 | Valley National Bank | 200 | | | | $4,871,545 | |
| Alliance HC 11, LLC | NJ | $3,200,000 | 4/27/2020 | The Bancorp Bank | 410 | Alliance Healthcare | Chaim Scheinbaum | | | |
| Alliance HC Holdings, LLC | NJ | $1,099,611 | 4/28/2020 | First Bank of the Lake | 170 | | | | | |
| Alliance NJ Gen. LLC | NJ | $219,791 | 5/11/2020 | First Bank of the Lake | 12 | | | | | |
| Bloomsburg Care and Rehabilitation Center | PA | $1,016,591 | 4/28/2020 | First Bank of the Lake | 170 | | | | | |
| Cinnaminson Nursing, LLC | NJ | $365,330 | 4/15/2020 | CFG Community Bank | 99 | | | | | |
| Cooper Care, LLC | NJ | $1,350,832 | 4/15/2020 | CFG Community Bank | 134 | | | | | |
| Mountainview Care and Rehab, LLC | PA | $1,607,079 | 4/28/2020 | First Bank of the Lake | 180 | Atrium | | | $9,329,234 | 1,175 |
| Adistacare at Cherry Hill, LLC | NJ | $772,662 | 4/29/2020 | Valley National Bank | 191 | Active Care | Sidney Greenberger | | | |
| Adistacare at Manchester, LLC | NJ | $1,414,275 | 4/29/2020 | Valley National Bank | 172 | | | | | |
| Adistacare at Wilshire, LLC | NJ | $1,436,296 | 4/29/2020 | Valley National Bank | 185 | | | | | |
| Adistacare, LLC | NJ | $884,622 | 4/29/2020 | Valley National Bank | 57 | | | | | |
| Cedar Oaks Health Center, LLC | NJ | $2,114,570 | 4/29/2020 | Valley National Bank | 286 | | | | | |
| Eliengula, LLC | NJ | $137,970 | 4/29/2020 | Valley National Bank | 10 | | | | | |
| Healthwick Pennsauken Center, LLC | NJ | $1,041,805 | 4/29/2020 | Valley National Bank | 107 | | | | | |
| Hillsdale Park Rehab Center, LLC | PA | $665,662 | 4/29/2020 | Valley National Bank | 81 | | | | | |
| Huntington Park Rehab, LLC | PA | $806,955 | 4/29/2020 | Valley National Bank | 97 | | | | | |
| Ivy Hill Rehab Center, LLC | NJ | $1,151,396 | 4/29/2020 | Valley National Bank | 127 | | | | | |
| Linden Garden Estates, LLC | NJ | $1,986,842 | 4/29/2020 | Valley National Bank | 275 | | | | | |
| Logallcook Rehab Center, LLC | NJ | $861,990 | 4/29/2020 | Valley National Bank | 124 | | | | | |
| Norwood Terrace Health Center, LLC | NJ | $895,102 | 4/29/2020 | Valley National Bank | 130 | | | | | |
| Park Avenue Rehab Center, LLC | PA | $1,072,972 | 4/29/2020 | Valley National Bank | 115 | | | | | |
| Plymouth Healthcare Associates, LLC | PA | $2,477,412 | 4/29/2020 | Valley National Bank | 249 | | | | | |
| Woodland Park Rehab, LLC | PA | $803,850 | 4/29/2020 | Valley National Bank | 141 | | | | $19,382,747 | 2,294 |
| 1000 3000 5000 Windrow Drive Operating Company, LLC | NJ | $1,702,590 | 4/28/2020 | Valley National Bank | 162 | Atrium | Vincent Tufariello | | | |
| 1120 Alexi Road Operating Company, LLC | NJ | $1,940,140 | 4/29/2020 | Valley National Bank | 209 | | | | | |
| 120-124 Noyes Drive Operating Company, LLC | NJ | $2,387,675 | 4/29/2020 | Valley National Bank | 266 | | | | | |
| 2000 Route 23 Operating Company, LLC | NJ | $1,396,412 | 4/29/2020 | Valley National Bank | 150 | | | | | |
| 3 Hamilton Health Place Operating Company, LLC | NJ | $975,100 | 4/29/2020 | Valley National Bank | 112 | | | | | |
| 38-40 Fairmount Avenue Operating Company, LLC | NJ | $2,034,772 | 4/29/2020 | Valley National Bank | 212 | | | | | |
| 467 Cooper St. Operating Company, LLC | NJ | $2,036,606 | 4/30/2020 | Valley National Bank | 215 | | | | | |
| SNF Old Short Hills Road Operating Company, LLC | NJ | $1,541,690 | 4/29/2020 | Valley National Bank | 150 | | | | | |
| Cascada, LLC | GA | $534,085 | 4/14/2020 | Congressional Bank | 91 | CCH Healthcare | Jacob Blern / Shlomo Heller | | $14,915,186 | 1,490 |
| Cartersville Nursing, LLC | GA | $836,607 | 4/13/2020 | Congressional Bank | 76 | | | | | |
| OCH Healthcare Limited Liability Company | GA | $308,100 | 5/8/2020 | Congressional Bank | 35 | | | | | |
| OCH Healthcare HC, LLC | MO | $83,785 | 5/7/2020 | Congressional Bank | 3 | | | | | |
| OCH Healthcare OH, LLC | OH | $169,026 | 5/8/2020 | Congressional Bank | 41 | | | | | |
| CL Healthcare, LLC | DE | $253,701 | 5/7/2020 | Congressional Bank | 58 | | | | | |
| Fulton Center for Rehabilitation, LLC | GA | $682,264 | 4/15/2020 | Congressional Bank | 71 | | | | | |
| Heritage Consulting Services, LLC | NJ | $162,500 | 4/30/2020 | Celtic Bank | 20 | Center Management Group | Charles-Edouard Gros | | | |
| New Scotland Healthcare, LLC | OH | $743,585 | 4/27/2020 | Corporation | 115 | | | | | |
| Riverdale Healthcare, LLC | OH | $708,715 | 4/13/2020 | Congressional Bank | 107 | | | | $4,390,990 | 580 |
| Broxshaven Care Center, LLC | NY | $236,176 | 4/28/2020 | Signature Bank | 35 | | | | | |
| Dumont Operating LLC | NJ | $1,994,970 | 5/21/2020 | Bank Leumi USA | 199 | | | | | |
| KFG Operating, LLC | NJ | $975,000 | 6/30/2020 | Bank Leumi USA | 239 | | | | | |
| Runnells Operating, LLC | NJ | $1,730,000 | 4/6/2020 | First Commerce Bank | 161 | Chelsea Senior Living | Herbert Heilich | | $5,619,846 | 613 |
| CMG Bald Eagle, LLC | NJ | $484,760 | 4/15/2020 | Valley National Bank | 62 | | | | | |
| CMG Brick, LLC | NJ | $543,900 | 4/15/2020 | Valley National Bank | 68 | | | | | |
| CMG Bridgewater, LLC | NJ | $478,152 | 4/27/2020 | Valley National Bank | 56 | | | | | |
| CMG Brookfield, LLC | NJ | $495,215 | 4/15/2020 | Valley National Bank | 67 | | | | | |
| CMG East Brunswick, LLC | NJ | $536,607 | 4/16/2020 | Valley National Bank | 64 | | | | | |
| CMG Elmwood, LLC | NJ | $420,234 | 4/15/2020 | Valley National Bank | 63 | | | | | |
| CMG Fongate, LLC | NJ | $531,117 | 4/16/2020 | Valley National Bank | 66 | | | | | |
| CMG Manahawkin, LLC | NJ | $572,662 | 4/16/2020 | Valley National Bank | 49 | | | | | |
| CMG Millville, LLC | NJ | $698,916 | 4/16/2020 | Valley National Bank | 81 | | | | | |
| CMG Tinton Falls, LLC | NJ | $412,596 | 4/27/2020 | Valley National Bank | 50 | | | | | |
| CMG Toms River, LLC | NJ | $595,376 | 4/16/2020 | Valley National Bank | 72 | | | | | |
| CMG Warren, LLC | NJ | $497,042 | 4/15/2020 | Valley National Bank | 58 | | | | $5,896,714 | 740 |
| Complete Care at Arbors Haven, LLC | NJ | $206,453 | 4/14/2020 | KeyBank Nat'l Assoc'n | 36 | Complete Care Management | Shalom Stein | | | |
| Complete Care at Arbors, LLC | NJ | $670,663 | 4/13/2020 | KeyBank Nat'l Assoc'n | 75 | | | | | |
| Complete Care at Bey Lea, LLC | DE | $975,787 | 4/28/2020 | Congressional Bank | 101 | | | | | |
| Complete Care at Hamilton, LLC | DE | $810,190 | 4/28/2020 | Congressional Bank | 62 | | | | | |

| Name | State | Loan Amount | Date | Bank | Jobs | Group | Principal | Subtotal $ | Subtotal Jobs |
|---|---|---|---|---|---|---|---|---|---|
| Complete Care at Holiday, LLC | NJ | $1,017,800 | 4/10/2020 | KeyBank Nat'l Assoc'n | 135 | | | | |
| Complete Care at Laurelton, LLC | DE | $603,755 | 4/28/2020 | Congressional Bank | 76 | | | | |
| Complete Care at Linwood, LLC | DE | $1,209,947 | 4/28/2020 | Congressional Bank | 133 | | | | |
| Complete Care at Manhorec, LLC | DE | $1,063,532 | 4/28/2020 | Congressional Bank | 143 | | | | |
| Complete Care at Nazareth, LLC | WI | $602,985 | 4/28/2020 | Congressional Bank | 65 | | | | |
| Complete Care at Passaic, LLC | NJ | $1,102,900 | 4/15/2020 | PNC Bank, Nat'l Ass'n | 159 | | | | |
| Complete Care at Shorrock, LLC | NJ | $1,254,194 | 4/13/2020 | KeyBank Nat'l Assoc'n | 133 | | | | |
| Complete Care at Villa Pines, LLC | NJ | $518,577 | 4/28/2020 | Congressional Bank | 46 | | | | |
| Complete Care at Whiting, LLC | NJ | $680,804 | 4/28/2020 | Congressional Bank | 103 | | | | |
| Complete Care at Willow Creek, LLC | NJ | $950,000 | 5/20/2020 | Congressional Bank | 101 | | | | |
| Complete Care at Woodlands, LLC | NJ | $750,000 | 5/20/2020 | Congressional Bank | 76 | | | | |
| Complete Care Management, LLC | NJ | $268,695 | 4/27/2020 | Congressional Bank | 14 | | | $13,442,312 | 1,483 |
| Oakridge Health & Rehabilitation Center, LLC | NJ | $1,124,865 | 4/9/2020 | Valley National Bank | 101 | Family of Caring | Nathan Friedman | | |
| Family of Caring Healthcare at Montclair, LLC | NJ | $839,370 | 4/10/2020 | Valley National Bank | 78 | | | | |
| Family of Caring Healthcare at Ridgewood, LLC | NJ | $1,148,884 | 4/10/2020 | Valley National Bank | 92 | | | | |
| Woodcliff Lake Health and Rehab Center LLC | NJ | $1,243,938 | 4/28/2020 | Lakeland Bank | 100 | | | | |
| Advanced Subacute Rehabilitation Center | NJ | $1,250,542 | 4/14/2020 | TD Bank, Nat'l Ass'n | 110 | | | $5,900,416 | 490 |
| Brentwood Operator, LLC | DE | $1,237,583 | 5/13/2020 | CIBC Bank USA | 136 | Marquis Health Services/ Tryko Partners | Nachum Rubashch | | |
| Briarwood Operator, LLC | MA | $1,331,359 | 5/13/2020 | CIBC Bank USA | 171 | | Yitzchok Rokowsky | | |
| Cedar View Operator, LLC | MA | $836,673 | 5/13/2020 | CIBC Bank USA | 114 | | Yoneh Kohn | | |
| Chestnut Woods Operator, LLC | DE | $743,240 | 5/15/2020 | CIBC Bank USA | 102 | | | | |
| Collingswood Operator, LLC | MD | $1,517,810 | 5/20/2020 | CIBC Bank USA | 198 | | | | |
| Coral Harbor Operator, LLC | NJ | $772,080 | 5/14/2020 | CIBC Bank USA | 114 | | | | |
| Crest Pointe Operator, LLC | NJ | $873,446 | 5/13/2020 | CIBC Bank USA | 117 | | | | |
| Elmhurst Operator, LLC | NJ | $1,806,995 | 5/13/2020 | CIBC Bank USA | 219 | | | | |
| Kearsley Operator, LP | NJ | $965,133 | 5/13/2020 | CIBC Bank USA | 131 | | | | |
| Meadow Park Operator, LLC | MD | $954,784 | 5/15/2020 | CIBC Bank USA | 131 | | | | |
| Mont Marie Operator, LLC | MA | $1,805,585 | 5/13/2020 | CIBC Bank USA | 145 | | | | |
| New Eastwood Operator, LLC | PA | $858,369 | 5/13/2020 | CIBC Bank USA | 129 | | | | |
| Oakland Operator, LLC | NJ | $1,955,415 | 5/20/2020 | CIBC Bank USA | 250 | | | | |
| Orchard Hill Operator, LLC | MD | $943,236 | 5/13/2020 | CIBC Bank USA | 132 | | | | |
| Providence Operator, LLC | PA | $1,014,139 | 5/15/2020 | CIBC Bank USA | 136 | | | | |
| Spring Grove Operator, LLC | NJ | $833,958 | 5/13/2020 | CIBC Bank USA | 100 | | | | |
| Willow Springs Operator, LLC | NJ | $1,190,472 | 5/14/2020 | CIBC Bank USA | 153 | | | $18,900,517 | 2,480 |
| Ashbrook Care & Rehabilitation Center, LLC | NJ | $997,079 | 4/14/2020 | Cross River Bank | 113 | Windsor Healthcare Management | Hyman Jacobs | | |
| Cornell Hall Care & Rehabilitation Center, LLC | NJ | $1,482,016 | 4/14/2020 | Cross River Bank | 160 | | | | |
| Greenbrook Manor Care & Rehabilitation Center, LLC | NJ | $1,340,204 | 4/14/2020 | Cross River Bank | 131 | | | | |
| Llanfair House Care & Rehabilitation Center, LLC | NJ | $1,544,630 | 4/14/2020 | Cross River Bank | 148 | | | | |
| Merwick Care & Rehabilitation Center, LLC | NJ | $1,653,803 | 4/14/2020 | Cross River Bank | 190 | | | | |
| The Buckingham at Norwood Care & Rehabilitation Center, LLC | NJ | $2,347,034 | 4/15/2020 | Cross River Bank | 232 | | | | |
| The Canterbury at Cedar Grove Care & Rehab Center, LLC | NJ | $1,462,200 | 4/14/2020 | Cross River Bank | 174 | | | | |
| The Venetian Care And Rehabilitation Center, LLC | NJ | $1,596,100 | 4/15/2020 | Cross River Bank | 159 | | | | |
| Windsor Gardens Care Center, Inc. | NJ | $1,822,405 | 4/14/2020 | Cross River Bank | 190 | | | | |
| Windsor Healthcare Management, LLC | NJ | $953,560 | 4/14/2020 | Cross River Bank | 45 | | | | 1,543 |

**TOTAL LOAN AMOUNTS ACROSS ALL BORROWERS** $116,406,318   $116,712,486