PHILIP R. SELLINGER
United States Attorney
DAVID V. SIMUNOVICH
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel. (973) 645-2736
david.simunovich@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
JAMIE ANN YAVELBERG
ALLISON CENDALI
JAYNA GENTI
Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3716
jayna.genti@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* R & R LITIGATION, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ALLIANCE HC 11, LLC, *et al.*,<br><br>*Defendants.* | HON. MICHAEL A. SHIPP<br><br>*Civil Action No.* 21-6766 (MAS) (TJB)<br><br>**FILED UNDER SEAL** |

### ORDER

The United States of America, by its attorney, Philip R. Sellinger, United

States Attorney for the District of New Jersey (David V. Simunovich, Assistant

1

United States Attorney, appearing) having filed its Notice of Election to Decline Intervention pursuant to 31 U.S.C. § 3730(b)(2)(A), the Court rules as follows:

IT IS on this ____10th____ day of _____September_____, 2024;

ORDERED that only the Complaint, the United States' Notice of Election to Decline Intervention, and this Order be unsealed and served upon the Defendant by the Relator. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States to administratively terminate the case, oppositions filed by the United States in response to the Relator's motions, reply briefs, memoranda, and supporting documents) shall remain under seal and not be made public or served upon the Defendant; and it further

ORDERED that the seal be lifted as to all other matters occurring in this action after the date of this Order; and it is further

ORDERED that Relator may maintain the instant action in the name of the United States; provided, however, that the action may be dismissed only if the Court and the Attorney General of the United States give written consent to the dismissal and their reasons for consenting; and it is further

ORDERED that pursuant to 31 U.S.C. § 3730(c)(3), all subsequent pleadings, including supporting memoranda, filed in this action must be served upon the United States; and it is further

ORDERED that the United States may order any deposition transcript or intervene in this action, for good cause, at any time; and is further

ORDERED that all Orders of this Court in this action shall be sent to the

United States; and it is further

ORDERED that should either the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, they will solicit the written consent of the United States before the Court rules or grants its approval.

Dated:  Trenton, New Jersey
            September 10 , 2024

                                        HON. MICHAEL A. SHIPP
                                        United States District Judge